UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| - against - | : | **07 Civ. 3896 (PKC)** |
| | : | |
| **Empire Development Group LLC, Empire** | : | |
| **Development Group Fund I, Castle Hill Ventures,** | : | |
| **Felix Strashnov a/k/a Felix Stratton and Michael** | : | |
| **Ayngorn** | : | |
| | : | |
| **Defendants,** | : | |
| | : | |

### Defendant Empire Development Group LLC's Opposition to Order to Show Cause

Empire Development Group LLC (the "Corporation"), a Delaware corporation, by its undersigned counsel, opposes Plaintiff's Order and moves this Court for an order modifying the temporary restraining order issued May 18, 2007.   The grounds for granting a modification of the Order are:

1.  The Corporation was not served until the afternoon of May 18, 2007. The Corporation is actively reviewing its records and collecting relevant facts in order to assist in its defense.

2.  The Order imperils the interests of the Corporation's shareholders by actively preventing the sale of the existing corporate property located at 2359 Royce Street, Brooklyn, NY, which property is currently listed for sale.

3.   The Order imperils the interests of the shareholders of the Corporation by preventing the completion of the development of existing corporate real estate located at 2 Harris Place, Fairlawn, NJ, potentially resulting in a total loss of investment.

4.   This is a complex legal matter and lawyers are essential to the presentation of it. The Corporation does not believe that it could achieve a fair result at the preliminary injunction hearing were it denied the ability to retain counsel.   Courts faced with similar circumstances have shown that the fairness of the proceeding is a central concern.   See   S.E.C. v. Dowdell, 175 F. Supp. 2d 850, 855-56 (W.D. Va. 2001) citing  SEC v. Duclaud Gonzalez de Castilla, 170 F. Supp. 2d 427 (S.D.N.Y. 2001).


For the foregoing reasons, Defendant respectfully opposes the Order to Show Cause and requests modification of the Order accordingly.


MCCORMICK & O'BRIEN LLP


By: _____
        Liam O'Brien (LO- 3930)

        42 West 38th Street, Suite 701
        New York, New York 10018
        (212) 286-4471

        (Counsel for Defendant
        Empire Development Group)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | **Affidavit of Service** |
| - against - | : | **07 Civ. 3896 (PKC)** |
| | : | |
| Empire Development Group LLC,  Empire Development Group Fund I, Castle Hill Ventures, Felix Strashnov a/k/a Felix Stratton and Michael Ayngorn | : | |
| | : | |
| | : | |
| Defendants, | : | |

---

I, Leonard T. Offutt, declare under penalty of perjury that I have served a copy of the attached Defendant Empire Development Group, LLC's Opposition to Order to Show Cause by facsimile transmission to (212)336-1322 to  Plaintiff's counsel, Michael Paley, Esq., Securities and Exchange Commission, 3 World Financial Center, Suite 400, New York, NY 10281 on May 25, 2007

May 25, 2007
New York, New York

Leonard T. Offutt
42 West 38th Street, 7th Floor
New York, New York 10018

Sworn to me this
25th day of May, 2007

Notary Public

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02K06111043
Qualified in New York County
Commission Expires July 01, 20 08
June

1

**United States District Court**
**Southern District of New York**
------------------------------------------------------------X
                                                            :
**Securities and Exchange Commission,**                     :
                                                            :           **Verified Written**
                    Plaintiff,                              :           **Accounting**
                                                            :           **Felix Strashnov**
         -against-                                          :
                                                            :           07 Civ. 3896 (PKC)
**Empire Development Group LLC,**                           :
**Empire Development Group Fund I LLC,**                    :
**Castle Hill Ventures, LLC, Felix Strashnov**             :
**a/k/a Felix Straton and Michael Ayngorn,**               :
                                                            :
                    Defendants.                             :
------------------------------------------------------------X

Felix Strashnov, being duly sworn, deposes and says:

1.  I am 36 years of age and am a Managing Partner of Empire Development Group,

LLC.

2.  <u>Request</u>: All assets, liabilities and property currently held, directly or indirectly,

by or for the benefit of such Defendant, including, without limitation, bank accounts,

brokerage accounts, investments, business interests, loans, lines of credit, and real and

personal property wherever situated, describing each asset and liability, its current

location and amount.

<u>Response</u>:

    a.  I am the joint owner of shares in a co-op seasonal bungalow located on

        Central Avenue in Bethel, New York.  It is worth approximately $12,000

        and was purchased in 2001.

    b.  My family and I benefit from the use of a Land Rover.  I am party to a car

        lease for the Land Rover, which has monthly payments of approximately

        $1100. The payments are made by Defendants Empire Development

Group LLC and Empire Development Group Fund I, LLC.  The car is in Brooklyn, New York.

c.  I have one brokerage account:  Merrill Lynch Retirement Account No: 6JC-13611: IRA valued at approximately $2170 and pension plan valued at approximately $8630.  Both my IRA and pension plan were started in 1999 and were never sold, moved or changed.

3.  Request: All money, property, assets and income received by such Defendant for his direct or indirect benefit from any other Defendant, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

    Response:

    a.  In total since 2004, I have received approximately $320,000 in salary from Defendant Empire Development Group, LLC and Defendant Empire Development Group Fund I, LLC.  I have spent all of my salary.

4.  Request: All money, property, assets and income received by such Defendant for the Defendant's direct or indirect benefit from any investor in, or shareholder of, Castle Hill, EDG, and/or EDGFI, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

    Response:

    a.  I received no money, assets, property or income directly or indirectly from any of the investors other than those listed in this accounting.

2

5.  Request: The names and last known addresses of all bailees, debtors and other persons and entities that currently are holding the assets, funds or property of such Defendant.

> Response:

>> a.  There are no persons holding any assets, funds or property on my behalf other than those listed in this accounting.

6.  Request: All assets, funds, securities, investments and real or personal property purchased or otherwise obtained by such Defendant, or any other person controlled by them, at any time from October 1, 2004 through the date of such accounting, and the amount, disposition and current location of each of the items listed.

> Response:

>> a.  I have an ownership interest in Castle Hill Ventures, LLC and an ownership interest in Empire Development Group, LLC.  I have purchased no additional securities, investments or property since October 2004.

7.  Request: All assets, funds, securities, investments and real or personal property held by such Defendant, or any other person controlled by them, on behalf of: (i) Castle Hill, EDG and/or EDGFI and/or (ii) investors in, or shareholders of, Castle Hill, EDG and/or EDGFI from October 1, 2004 to the date of the accounting and the disposition of each of the items listed.

> Response:

>> a.  I nominally hold the property located at 2 Harris Place, Fairlawn, New Jersey.  It is the property of Empire Development Group Fund I, LLC, but for purposes of facilitating the purchase of the property, I agreed to have

3

the property in my name. I am not holding any other assets, funds, securities, investments or property on behalf of the other Defendants.

8. <u>Request</u>: List of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and the name and number on the account), telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by them or under their direct or indirect control, at any time from October 1, 2004 to the present.

<u>Response</u>:

a. I have one brokerage account as listed elsewhere in this accounting: Merrill Lynch Retirement Account No: 6JC-13611.

b. My telephone and cell phone numbers are:  800-918-8711
                                              718-252-3220
                                              718-968-2828
                                              917-593-4108
I believe I had some subnumbers at work, but I do not recall these numbers.

c. My facsimile number is 718-252-3211.  I do not have a pager number.

d. To the best of my knowledge, my email addresses are
   fstraton1@yahoo.com
   fstraton1@google.com
   fstraton@Empirefund.com

e. To the best of my knowledge, I have no World Wide Web or Universal Record Locaters.

f. I do not have any Internet bulletin board sites, online interactive conversational spaces or chat rooms.

g.   My Internet service provider is Cablevision.  My electronic mail service providers are Google and Yahoo.

h.   There are no storage facilities, postal box numbers or safety deposit boxes under my name.

FELIX STRASHNOV

Sworn to before me this
25 day of May 2007

NOTARY PUBLIC

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02K06111043
Qualified in New York County
Commission Expires July 01, 20 08
June

**United States District Court**
**Southern District of New York**
------------------------------------------------------------X
                                :

**Securities and Exchange Commission,**    :
                                 :         **Verified Written**
        Plaintiff,              :         **Accounting**
                                   :         **Michael Ayngorn**
    -against-                 :
                                   :         07 Civ. 3896 (PKC)
**Empire Development Group LLC,**      :
**Empire Development Group Fund I LLC,**   :
**Castle Hill Ventures, LLC, Felix Strashnov**  :
**a/k/a Felix Straton and Michael Ayngorn,**   :
                                   :
        Defendants.           :
------------------------------------------------------------X

Michael Ayngorn, being duly sworn, deposes and says:

1. I am 35 years of age and am a Managing Partner of Empire Development Group, LLC.

2. Request: All assets, liabilities and property currently held, directly or indirectly, by or for the benefit of such Defendant, including, without limitation, bank accounts, brokerage accounts, investments, business interests, loans, lines of credit, and real and personal property wherever situated, describing each asset and liability, its current location and amount.

    Response:

        a. I own a 1976 Corvette, the value of which is unknown. My family and I benefit from the use of two cars, an Infiniti and a Honda, both of which are leased by my wife. Defendants Empire Development Group Fund I, LLC and Empire Development Group have made the monthly payments on both cars. The Infiniti has monthly payments of approximately $740 and the Honda has monthly payments of approximately $540. The Corvette, Infiniti and Honda are located in Brooklyn, New York.

3. Request: All money, property, assets and income received by such Defendant for his direct or indirect benefit from any other Defendant, at any time from October 1, 2004 through the

date of such accounting, describing the amount, disposition and current location of each of the items listed.

Response:

    a.  In total since 2004, I have received approximately $710,000 in salary from Defendant Empire Development Group, LLC and Defendant Empire Development Group Fund I, LLC. I have spent all of my salary.

4. Request: All money, property, assets and income received by such Defendant for the Defendant's direct or indirect benefit from any investor in, or shareholder of, Castle Hill, EDG, and/or EDGFI, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

Response:

    a.  I received no money, assets, property or income directly or indirectly from any of the investors other than those listed in this accounting.

5. Request: The names and last known addresses of all bailees, debtors and other persons and entities that currently are holding the assets, funds or property of such Defendant.

Response:

    a.  There are no persons holding any assets, funds or property on my behalf other than those listed in this accounting.

6. Request: All assets, funds, securities, investments and real or personal property purchased or otherwise obtained by such Defendant, or any other person controlled by them, at any time from October 1, 2004 through the date of such accounting, and the amount, disposition and current location of each of the items listed.

Response:

    a.  I have an ownership interest in Castle Hill Ventures, LLC and an ownership interest in Empire Development Group, LLC. I have purchased no additional securities, investments or property since October 2004.

7. Request: All assets, funds, securities, investments and real or personal property held by such Defendant, or any other person controlled by them, on behalf of: (i) Castle Hill, EDG and/or EDGFI and/or (ii) investors in, or shareholders of, Castle Hill, EDG and/or EDGFI from October 1, 2004 to the date of the accounting and the disposition of each of the items listed.

Response:

    a.  I nominally held the property located at 2359 Royce Street, Brooklyn, New York. It is the property of Empire Development Group Fund I, LLC, but for purposes of facilitating the purchase of the property, I agreed to have the property in my name. In 2006, I transferred the title of the house to my wife in an attempt to avoid mechanic liens.  I am not holding any other assets, funds, securities, investments or property on behalf of the other Defendants.

8. Request: List of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and the name and number on the account), telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by them or under their direct or indirect control, at any time from October 1, 2004 to the present.

<u>Response</u>:

   a.  My telephone and cell numbers are:  347-713-4397
                                                     800-918-8711
                                                     718-818-8691

I believe I had some subnumbers at work, but I do not recall these numbers.

   b.  My facsimile number is 718-252-3211.  I do not have a pager number.

   c.  To the best of my recollection, my only email address is mayngorn@empirefund.com.

   d.  To the best of my recollection, I have no World Wide Web or Universal Record Locaters.

   e.  I do not have any Internet bulletin board sites, online interactive conversational spaces or chat rooms.

   f.  My Internet provider is Cablevision. My electronic mail service provider is Yahoo.

   g.  There are no storage facilities, postal box numbers or safety deposit boxes under my name.

_Michael Ayngorn_
MICHAEL AYNGORN

Sworn to before me this
25th day of May 2007

_Rajpreet Kochhar_
NOTARY PUBLIC

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02K06111043
Qualified in New York County
Commission Expires ~~July~~ 01, 20 08
June

4

**United States District Court**
**Southern District of New York**
------------------------------------------------------------X
                                       :

**Securities and Exchange Commission,**    :

          Plaintiff,                   :

     -against-                     :

**Empire Development Group LLC,**      :
**Empire Development Group Fund I LLC,**  :
**Castle Hill Ventures, LLC, Felix Strashnov**  :
**a/k/a Felix Straton and Michael Ayngorn,**  :
                                         :
          Defendants.             :
------------------------------------------------------------X

**Verified Written**
**Accounting**
**Empire Development Group, LLC**

07 Civ. 3896 (PKC)

    I, Felix Strashnov, being duly sworn, deposes and says:

    1. I am a Managing Partner and a Founder of Empire Development Group, LLC ("Empire"). As such, I am knowledgeable about Empire's assets, liabilities and general financial condition.

    2. Request: All assets, liabilities and property currently held, directly or indirectly, by or for the benefit of such Defendant, including, without limitation, bank accounts, brokerage accounts, investments, business interests, loans, lines of credit, and real and personal property wherever situated, describing each asset and liability, its current location and amount.

    Response:

        a. Empire has one checking account No. 997014176 with Citibank, with an approximate current balance of $1,000.

        b. Empire's liabilities are as follows:

            i. Rent for Office 1795 Coney Island Avenue, Brooklyn, New York 11230: approximately $4386 per month

           ii. Garage: approximately $450 a month

      iii.  Health Insurance: approximately $2300 a month

      iv.  Office Equipment and Supplies: approximately $300 a month

      v.  Salaries: approximately $15,000 - $20,000 a month for each of Felix Strashnov and Michael Ayngorn

      vi.  Office Cleaning Service: approximately $400 a month

      vii.  Automobile Expenses: approximately $3100 a month

      viii.  Secretary Compensation: approximately $2000 a month

These monthly expenses are shared with Defendant Empire Development Group Fund I, LLC.

3. <u>Request</u>: All money, property, assets and income received by such Defendant for his direct or indirect benefit from any other Defendant, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

    <u>Response</u>:

      a.  Empire did not receive any money, property, assets or income from any of the other Defendants.

4. <u>Request</u>: All money, property, assets and income received by such Defendant for the Defendant's direct or indirect benefit from any investor in, or shareholder of, Castle Hill, EDG, and/or EDGFI, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

    <u>Response</u>:

      a.  Since 2004, Empire and Defendant Empire Development Group Fund, I LLC have received approximately $2,900,000 in total from investors. This has all been

2

spent on properties located in Fairlawn, New Jersey and Brooklyn, New York as well as salaries, expenses and working capital.

5. <u>Request</u>: The names, addresses and amount invested by each investor in EDG, EDGFI and Castle Hill from their inception.

    <u>Response</u>:

        a.  To the best of my knowledge the names, addresses and amounts invested by Empire's and Defendant Empire Development Fund I, LLC's investors are attached hereto as Exhibit A.

6. <u>Request</u>: The names and last known addresses of all bailees, debtors and other persons and entities that currently are holding the assets, funds or property of such Defendant.

    <u>Response</u>:

        a.  There are no persons holding any assets, funds or property on Empire's behalf other than those listed in this accounting.

7. <u>Request</u>: All assets, funds, securities, investments and real or personal property purchased or otherwise obtained by such Defendant, or any other person controlled by them, at any time from October 1, 2004 through the date of such accounting, and the amount, disposition and current location of each of the items listed.

    <u>Response</u>:

        a.  Empire has obtained the assets set forth in this accounting during the time period from October 1, 2004 until the present.

8. <u>Request</u>: All assets, funds, securities, investments and real or personal property held by such Defendant, or any other person controlled by them, on behalf of: (i) Castle Hill, EDG

and/or EDGFI and/or (ii) investors in, or shareholders of, Castle Hill, EDG and/or EDGFI from October 1, 2004 to the date of the accounting and the disposition of each of the items listed.

    <u>Response</u>:

        a.  Empire is not holding any other assets, funds, securities, investments or property on behalf of the other Defendants. The assets set forth in this accounting are being held on the behalf of Empire's investors.

9. <u>Request</u>: List of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and the name and number on the account), telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by them or under their direct or indirect control, at any time from October 1, 2004 to the present.

    <u>Response</u>:

        a.  As set forth elsewhere in this accounting, Empire has one checking account No. 997014176 with Citibank.

        b.  To the best of my knowledge, Empire's telephone numbers are 800-918-8711 and 718-252-3220. Empire's facsimile number is 718-252-3211. I believe Empire had some subnumbers, but I do not recall these numbers.

        c.  Empire's general email address is Admin@empirefund.com. Empire does not have a pager number.

4

d. Empire's World Wide Web address is empirefund.com. To the best of my knowledge, Empire does not have any other Internet sites, online interactive conversational spaces or chat rooms.

e. Empire's Internet service provider is One Communications. Empire's electronic mail service provider is Yahoo.

f. Empire has no storage facilities, postal box numbers or safety deposit boxes in its name.

FELIX STRASHNOV
Managing Partner

Sworn to before me this
25 day of May 2007

NOTARY PUBLIC

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02K06111043
Qualified in New York County
Commission Expires July 01, 2008
June

**EXHIBIT A**

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Janet | Alec | Brookline | MA | 02445 |
| Yovicsin | Thomas J. | 83 Arrowhead Circle | Ashland | MA |
| Fitzgibbon | Robert T. | C/O Proven Data Solutio | Walpole | MA |
| Carter | George | 509 Winterberry Lane | Dubury | MA |
| Briggs | James R. | 94 Carver Lane | Narragansett | RI |
| Bedford Jr. | Clay P. | 557 Route 202 Ayers La | Barrington | NH |
| Salomon | Dr. Jeffrey | 10 Carriage Hill Road | Woodbridge | CT |
| Imperiale | Peter F. | 406 Hillside Avenue | Nutley | NJ |
| LUTJEN | THEODORE | 29 EVANS PLACE / 733 | POMPTON PLAINS / B | NJ / FL |
| Dardaris | Michael P. | 1933 Teaberry Avenue | Williamstown | NJ |
| Kolb | William A. | 49 Patrician Drive | Toms River | NJ |
| Ronde | Richard R. | 7 Madsen Lane | East Northport | NY |
| Hubbard | George W. | 55 B. NORTH FERRY R | Shelter Island | NY |
| Banks | William C. | Longwood at Oakmont, 2 | Verona | PA |
| Walent | William G. | 18 Gephart Avenue | Bedford | PA |
| Howell | James C. | 608 Sherwood Drive | Carlisle | PA |
| PAULES | ROY E. | 753 COUNTRY CLUB R | YORK. | PA |
| Dunkelberg | William C. | 515 Sabine Circle | Wynnewood | PA |
| Freedman/Trust | Philip | Plaza Towers 2350 Trem | Philadelphia | PA |
| Ditoro Jr. | James V. | 2845 S. Sydenham Stree | Philadelphia | PA |
| BIELICKI JR. | JAMES A. | 202 HAYSTACK LANE | WILMINGTON | DE |
| Moore | William H. | 436 Russell Avenue | Gaithersburg | MD |
| Berig | Harvey G. | 6921 Scarlet Oak Drive | Elkridge | MD |
| Ervin | Wilbur S. | 1009 Leslie Road | Harve De Grace | MD |
| Little | Jerry A. | 1989 Northmont Drive | Asheboro | NC |
| Jones | Edward L. | 116 Maplewood Avenue | Thomasville | NC |
| Raynor Jr. | Bruce B. | 3916 Watauga Drive | Greensboro | NC |
| Isenrich | Dr. Markus | 201 Veranda Court | Raleigh | NC |
| HELMS | THOMAS C. | 610 WINGRAVE DRIVE | CHARLOTTE | NC |
| Haney | James A. | 308 East K Street | Erwin | NC |
| Evans | Harry | 621 Laurel Lake Drive B- | Columbus | North Carolina |
| Wager | Rupert | B: 4555 Mansell Road S | Alpharetta | GA |
| Stone | Michael T. | 3568 Cloudland Dr. N.W. | Atlanta | GA |

EDG table

5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 01721 | C:617.233.6767 | B:617.727.0057 |
| 02081 | H:508.881.0632 | B: 508-668-9180 |
| 02332 | H: 508-668-9916 | |
| 02882 | 781-585-2605 | |
| 03825 | 401-782-4422 | |
| 03826 | H:603.332.2931 | 603-332-5940 |
| 06525 | H:203-393-3924 | B:203-624-4346 |
| 07110 | H:973.667.5545 | |
| 07444 / 33487 | H:973.839.0202 | 973.809.9120 |
| 08094 | H: 856-863-0461 | |
| 08753-4235 | 732-341-1722 | |
| 11731 | H:631-261-4179 | |
| 11964 | B: 631-749-2020 | B:631-262-8044 |
| 15147-3883 | 412-826-4166 | |
| 15522 | 814-623-7636 | |
| 17013-3532 | H:717.249.5369 | |
| 17403 | 717-854-8288 | |
| 19096 | 610-642-6473 | |
| 19115 | 215-677-2566 | |
| 19145 | 215-686-6834 | |
| 19807 | H:302-571-0687 | B:302-234-8100 |
| 20877 | 301-216-5668 | |
| 21075 | 410-540-9503 | |
| 21078 | 410.939.1765 | B:202-283-4660 |
| 27205 | H: 336-629-4940 | B: 336-626-8300 |
| 27360 | 336-472-7138 | |
| 27410 | 336-854-1656 | |
| 27615 | H:919.976.2537 | B:919.676.2533 |
| 28270 | 704-366-3992 | |
| 28339 | 910-897-6722 | W:910-897-7132 |
| 28722 | 828-894-5793 | |
| 30022 | B:770.393.8600 | |
| 30327 | H:404-355-4225 | B:404-237-3401 |

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Smith | Harlan B | 660 Bittersweet Trail | Atlanta | GA |
| Szamborski Jr. | Chester C. | 3616 Lex Court | Port Orange | FL |
| Duhon Jr. | Claiborne J. | 1759 Marseille Drive | Gulf Breeze | FL |
| Golden | John Richard | 2816 Abingdon Parkway | Vetavia Hills | AL |
| Thompson | Leon P. | 14879 Clovercrest Drive | Huntsville | AL |
| Haltiner | John C. | 320 Willow Bend Drive | Wetumpka | AL |
| Ward | Larry Eugene | 730 Cherokee Court | Murfreesboro | TN |
| Lake/Trustee | Larry N. | 3056 Richmond Hill Driv | Nashville | TN |
| Alford Jr. | Mack | 548 Old Huntsville Road | Fayetteville | TN |
| Simmons | Dr. James | 190 South Grove Park | Memphis | TN |
| Walker | James A. | 505 Highway 322 West ( | Clarksdale | MS |
| Kreitzman | John B. | 3692 Park Point Drive | Lexington | KY |
| Nuzum | Gerald A. | 6088 Ledgeview Drive | Peninsula | OH |
| Burke | James E. | 402 S. Schricker Avenue | North Judson | IN |
| Milligan | James L. | 204 North Main Street S | Monticello | IN |
| Otto | Lynn D. | 5806 Whitneyville Road | Middleville | MI |
| Jarvis Jr. | James E. | 23092 580th Avenue | Ames | IA |
| Bergstrom | Carl | 936 I Avenue | Ogden | IA |
| Cross | Michael J. | 117 1st Avenue N.W. P. | Hampton | IA |
| Schwendenmann | Leroy F. | 3176 Oak Avenue | Lehigh | IA |
| Novak | Richard J. | 2144 Mehaffey Bridge R | Solon | IA |
| Neumann | Roy C. | 312 Locust Street | Muscatine | IA |
| Harpster | Richard G. | W. 399 South 5572 High | Dousman | WI |
| Koch | Leon W. | 2000 Westwood Drive | Wausau | WI |
| Robinson | Paul H. | 123 N. 4th Street Suite 3 | La Crosse | WI |
| Lindholm | Randy S. | 4680 Echo Court | Stacy | MN |
| Oberg | Rodney | 183 Little Canada Road | Little Canada | MN |
| Mellang | Gregg C. | 8412 Virginia Circle | Bloomington | MN |
| Weber | Theodore | 801 West State Street | Belleplaine | MN |
| Baxter | Leroy W. | 70797 State Highway 28 | Graceville | MN |
| Baxter | Joan M. | 70797 State Highway 28 | Graceville | MN |
| Essler | David A. | 1221 Terrace Court | Alexandria | MN |
| McQuoid | Terry Patrick | 18861 329th Avenue | Isle | MN |

Page 3

EDG table

5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 30350 | H: 770-395-1186 | |
| 32129 | H: 386-756-2309 | |
| 32563 | 850-916-7677 | |
| 35243 | H: 205-967-4672 | B: 205-542-7702 |
| 35803-2379 | H: 256-882-1720 | |
| 36093 | H: 334,567,5236 | B: 334,260,1449 |
| 37130 | H: 901,570,0681 | B: 901,685,2212 |
| 37207 | H: 615-227-8627 | 615-837-5131 |
| 37334 | H: 931-433-7674 | |
| 38117 | 901-767-9060 | |
| 38614 | 662-624-6492 | |
| 40509 | H: 859,221,0327 | B: 859,255,9846 |
| 44264 | H: 330,328,8428 | 330,650,9308 |
| 46366 | H: 574,896,5842 | |
| 47980 | H: 574,583,7201 | B: 574-583-3087 |
| 49333 | H: 269-795-3634 | |
| 50010 | 515,232,1156 | |
| 50212 | H: 515,275,4084 | B: 515,846,6201 |
| 50441 | H: 641-456-4255 | B: 641-456-4192 |
| 50557 | H: 515,547,2889 | |
| 52333 | H: 319,624,2816 | |
| 52761 | H: 563-263-7813 | B: 319-338-7878 |
| 53118 | 262-495-8121 | |
| 54401 | H: 715-842-6172 | H: 715-803-4146 |
| 54601 | H: 608-784-5151 | B: 608-782-8282 |
| 55079 | 651-462-6022 | |
| 55117-1336 | 651-766-9072 | 480-654-8159 AZ # TILL |
| 55438 | 952-941-1030 | |
| 56011-1213 | 952-873-8752 | |
| 56240 | 320-748-7181 | |
| 56240 | 320-748-7181 | |
| 56308 | H: 320-762-2743 | Same |
| 56342 | 320-630-3435 | |

EDG table

5/16/2007

EDG table

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Landrus | Robert G. | 48007 382nd Place | Palisade | MN |
| Zubke | Jerald A. | 14574 S.D. Highway 15 | Millbank | SD |
| Holden | John G. | 2539 Mountain Lane | Freeport | IL |
| Phillips | Valerie Corrine | 2119 Gentry Street | North Kansas City | MO |
| Coopridar | Leon | 109 S. 6th Street (RR 2 | Sayre | OK |
| OSGOOD | JEFFREY S. | 901 MAIN STREET SUIT | DALLAS | TX |
| GREGORY | JAMES F. | 15 NONESUCH ROAD | DALLAS | TX |
| Adamitis | Kenneth G. | 13407 Shady Bay Courts | Sugar Land | TX |
| Jordan | Clay A. | 1616 Rosewood Street | Seguin | TX |
| Moddrell | Chester L. | 1308 Stacy Street | San Marcos | TEXAS |
| Tidwell | Donald R. | 1030 Kay Street | Longmont | CO |
| Rosenthal | Michael Edward | 164 Grand View Drive | Warwick | RI |
| VanDerHeijdew | Hubert | 2662 Squaw Valley Road | Preist Lake | ID |
| Roberts | James A. | 3292 East Bengal Blvd. | Salt Lake City | UT |
| Bracanovich | Andrew G. | 3606 N. Kachina Lane | Scottsdale | AZ |
| Slocum | Stanley B. | 14317 N. Sky Trail Drive | Tucson | AZ |
| Banks | Dr. Leon O. | 3655 Homeway Drive | Los Angeles | CA |
| Yamada | Henry T. | 5995 S. Sepulveda Blvd. | Culver City | CA |
| Jablonski | Richard J. | 28722 Hyte Road | Rancho Palos Verdes | CA |
| SAAVEDRA | ALFONSO SEAN | P.O. Box 921147 | Sylmar | CA |
| Jenkins | Chris Alan | 703 Rancho Los Nogale | Covina | CA |
| Kolanowski | Bernard F. | 7221 Linden Terrace | Carlsbad | CA |
| ALVARADO | JONATHAN D. | 299 EAST LANE | EL CAJON | CA |
| Mayorga | William H. | 8412 Boulder Place | San Diego | CA |
| Dominguez | David C. | 8650 Miramar Road Suit | San Diego | CA |
| Huang | Scott L. | 11 Las Cruces | Irvine | CA |
| BELCHER | KERRY K. | 36 le-mans | Newport Coast | CA |
| Waymire | Laurence Turner | 7 Orlando Court | Laguna Higuel | CA |
| Wallace Jr. | John R. | 787 Tierra Rd. | Nipomo | CA |
| Leslie | Douglas C. | 498 Eureka Street | San Francisco | CA |
| Lee | Gerald Alan | B:800 Metro Center Blvd. | Foster City | CA |
| Gloseffi | Tom | 38 Twin Oaks | San Rafael | CA |

5/16/2007

EDG table

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 56469 | 218-845-2667 | |
| 57252 | H:605.432.6658 | |
| 61032 | H:815-235-7295 | B:312-621-5159 |
| 64116 | H:816.842.8100 | B:816.283.3900 |
| 73662 | 580-928-2664 | |
| 75202 | B: SAME | |
| 75214 | 214-824-2443 | H:214-651-4682 |
| 77478 | H:281-565-4699 | |
| 78155-5246 | 830-379-5935 | B:713-669-2827 |
| 78666 | 512-304-5630 | |
| 80501 | 303-678-1117 | |
| 82886 | H:401-737-7044 | B:401-275-3000 |
| 83856 | 208 443-2333 | |
| 84121 | 801-944-3773 | |
| 85251 | H:480.970.3966 | |
| 85737 | | |
| 90008 | 323-293-7481 | 952-927-4935 |
| 90230 | H:310-398-2788 | B: Same |
| 90275 | H:310.375.2989 | B:310.669.6330 |
| 91392 | H:818-822-3462 | B: Same |
| 91724 | 714-523-2280 | |
| 92011 | 760-431-0930 | |
| 92021 | 819-440-0791 | |
| 92119 | 819-713-0807 | CELL: 619-204-2249 |
| 92126 | H:858.695.6671 | |
| 92614 | H:949-955-3802 | |
| 92667 | 949 219 9948 | |
| 92677 | H:949-481-2545 | C:714-815-8449 |
| 93444 | 805.929.6084 | |
| 94114 | 415-550-0201 | |
| 94404 | B:650-432-4803 | H:650-377-0449 |
| 94901 | 415-457-3450 | |

5/18/2007

| Last Name | First Name | Street Address | City | State |
|-----------|-----------|----------------|------|-------|
| Bramlette | Darryl | 7700 Ruth Ridge Road | Jamestown | CA |
| Speck | Robert E. | 2127 Old Lake Rd ( P.O. | Merced | CA |
| Burnash | George O. | 10541 Malaga Way | Rancho Cordova | CA |
| HARRIS | KEITH D. | 4437 S.W. Melville Aven | Portland | OR |
| Oster | Randy | 48912 284 th Ave SE | Enumclaw | WA |
| Campbell | Martin J. | 1070 24th Avenue East | Seattle | WA |
| Sherer | Michael J. | 2603 N.E. 87th Street | Seattle | WA |
| Wasem | Clifford W. | 655 Riverview Blvd. | Clarkston | WA |
| Colonell | Joseph M. | B- (Emtrix) 1600 A Street | Anchorage | AK |

EDG table

5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 95327 | H:209.984.1251 | B:209-352-2274 |
| 95340 | C:209.765.2761 | |
| 95670 | H: 916-362-5003 | B: 916-686-9141 |
| 97239 | 503-245-4017 | 503-252-4561 |
| 98022 | 360-825-1851 | |
| 98112 | 206-324-3210 | |
| 98115 | H:206-715-0812 | |
| 98403 | H:509-758-2565 | B:Same |
| 99501 | B:907-261-9731 | H:907-360-8291 |

EDG table

5/16/2007

**United States District Court**
**Southern District of New York**
------------------------------------------------------------X
                                        :

**Securities and Exchange Commission,**     :        **Verified Written**

             Plaintiff,               :        **Accounting**
                                   :        **Empire Development Group Fund**
     -against-                :        **I, LLC**

**Empire Development Group LLC,**     :        07 Civ. 3896 (PKC)
**Empire Development Group Fund I LLC,**  :
**Castle Hill Ventures, LLC, Felix Strashnov**  :
**a/k/a Felix Straton and Michael Ayngorn,**  :
                                   :
          Defendants.          :
------------------------------------------------------------X

I, Felix Strashnov, being duly sworn, deposes and says:

1.  I am a Managing Partner and a Founder of Empire Development Group, LLC, which is the Managing Member of Empire Development Group Fund I, LLC ("Empire"). As such, I am knowledgeable about Empire's assets, liabilities and general financial condition.

2.  <u>Request</u>: All assets, liabilities and property currently held, directly or indirectly, by or for the benefit of such Defendant, including, without limitation, bank accounts, brokerage accounts, investments, business interests, loans, lines of credit, and real and personal property wherever situated, describing each asset and liability, its current location and amount.

<u>Response</u>:

    a.  Empire owns the following two properties:

        i.  2359 Royce Street, Brooklyn, New York: approximate investment $522,000

        ii.  2 Harris Place, Fairlawn, New Jersey: approximate investment $133,000

b. Empire had a checking account with JP Morgan Chase Bank, account no. 051-0740324-65, until August of 2006. This account was closed.

c. Empire has a checking account with Citibank, account no. 9964169100, which has an approximate current balance of $49.

d. Empire's liabilities are as follows:

    i. Rent for Office 1795 Coney Island Avenue, Brooklyn, New York 11230: approximately $4386 per month

    ii. Garage: approximately $450 a month

    iii. Health Insurance: approximately $2300 a month

    iv. Office Equipment and Supplies: approximately $300 a month

    v. Salaries: approximately $15,000 - $20,000 a month for each of Felix Strashnov and Michael Ayngorn

    vi. Office Cleaning Service: approximately $400 a month

    vii. Automobile Expenses: approximately $3100 a month

    viii. Secretary Compensation: approximately $2000 a month

These monthly expenses are shared with Defendant Empire Development Group, LLC.

3. Request: All money, property, assets and income received by such Defendant for his direct or indirect benefit from any other Defendant, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

Response:

a. Empire did not receive any money, property, assets or income from any of the other Defendants.

2

4. <u>Request</u>: All money, property, assets and income received by such Defendant for the Defendant's direct or indirect benefit from any investor in, or shareholder of, Castle Hill, EDG, and/or EDGFI, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

   <u>Response</u>:

      a. Since 2004, Empire and Defendant Empire Development Group, LLC have received approximately $2,900,000 in total from investors. This has all been spent on the Fairlawn, New Jersey and Brooklyn, New York properties as well as salaries, expenses and working capital.

5. <u>Request</u>: The names, addresses and amount invested by each investor in EDG, EDGFI and Castle Hill from their inception.

   <u>Response</u>:

      a. To the best of my knowledge, the names, addresses and amounts invested by Empire's and Defendant Empire Development Group, LLC's investors are attached hereto as Exhibit A.

6. <u>Request</u>: The names and last known addresses of all bailees, debtors and other persons and entities that currently are holding the assets, funds or property of such Defendant.

   <u>Response</u>:

      a. There are no persons holding any assets, funds or property on Empire's behalf other than those listed in this accounting.

7. <u>Request</u>: All assets, funds, securities, investments and real or personal property purchased or otherwise obtained by such Defendant, or any other person controlled by them, at any

time from October 1, 2004 through the date of such accounting, and the amount, disposition and current location of each of the items listed.

Response:

    a.  Empire has obtained the assets set forth in this accounting during the time period from October 1, 2004 until the present.

8.  Request: All assets, funds, securities, investments and real or personal property held by such Defendant, or any other person controlled by them, on behalf of: (i) Castle Hill, EDG and/or EDGFI and/or (ii) investors in, or shareholders of, Castle Hill, EDG and/or EDGFI from October 1, 2004 to the date of the accounting and the disposition of each of the items listed.

Response:

    a.  Empire is not holding any other assets, funds, securities, investments or property on behalf of the other Defendants. The assets set forth in this accounting are being held on the behalf of Empire's investors.

9.  Request: List of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and the name and number on the account), telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by them or under their direct or indirect control, at any time from October 1, 2004 to the present.

Response:

a.  Empire had a checking account with JP Morgan Chase Bank, account no. 051-0740324-65, as set forth elsewhere in this accounting.

b.  Empire has a checking account with Citibank, account no. 9964169100, as set forth elsewhere in this accounting.

c.  To the best of my knowledge, Empire's telephone numbers are 800-918-8711 and 718-252-3220.  Empire's facsimile number is 718-252-3211.  I believe Empire had some subnumbers, but I do not recall these numbers.

d.  Empire's general email address is Admin@empirefund.com.  Empire does not have a pager number.

e.  Empire's World Wide Web address is empirefund.com.  To the best of my knowledge, Empire does not have any other Internet sites, online interactive conversational spaces or chat rooms.

f.  Empire's Internet service provider is One Communications.  Empire's electronic mail service provider is Yahoo.

FELIX STRASHNOV
Managing Partner

Sworn to before me this
25 day of May 2007

NOTARY PUBLIC

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02KO6171043
Qualified in New York County
Commission Expires July 01, 20 08
June

5

**EXHIBIT A**

EDG table

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Jaret | Alec | Brookline | MA | 02445 |
| Yovicsin | Thomas J. | 83 Arrowhead Circle | Ashland | MA |
| Fitzgibbon | Robert T. | C/O Proven Data Solutio | Walpole | MA |
| Carter | George | 509 Winterberry Lane | Dubury | MA |
| Briggs | James R. | 94 Carver Lane | Narragansett | RI |
| Bedford Jr. | Clay P. | 557 Route 202 Ayers La | Barrington | NH |
| Salomon | Dr. Jeffrey | 10 Carriage Hill Road | Woodbridge | CT |
| Imperiale | Peter F. | 406 Hillside Avenue | Nutley | NJ |
| LUTJEN | THEODORE | 29 EVANS PLACE / 733 | POMPTON PLAINS / B | NJ / FL |
| Dardaris | Michael P. | 1933 Teaberry Avenue | Williamstown | NJ |
| Kolb | William A. | 49 Patrician Drive | Toms River | NJ |
| Ronde | Richard R. | 7 Madsen Lane | East Northport | NY |
| Hubbard | George W. | 55 B. NORTH FERRY R | Shelter Island | NY |
| Banks | William C. | Longwood at Oakmont, 2 | Verona | PA |
| Walant | William G. | 18 Gephart Avenue | Bedford | PA |
| Howell | James C. | 608 Sherwood Drive | Carlisle | PA |
| PAULES | ROY E. | 753 COUNTRY CLUB R | YORK. | PA |
| Dunkelberg | William C. | 515 Sabine Circle | Wynnewood | PA |
| Freedman/Trust | Philip | Plaza Towers 2350 Trem | Philadelphia | PA |
| Ditoro Jr. | James V. | 2845 S. Sydenham Stree | Philadelphia | PA |
| BIELICKI JR. | JAMES A. | 202 HAYSTACK LANE | WILMINGTON | DE |
| Moore | William H. | 436 Russell Avenue | Gaithersburg | MD |
| Berig | Harvey G. | 6921 Scarlet Oak Drive | Elkridge | MD |
| Ervin | Wilbur S. | 1009 Leslie Road | Harve De Grace | MD |
| Little | Jerry A. | 1989 Northmont Drive | Asheboro | NC |
| Jones | Edward L. | 116 Maplewood Avenue | Thomasville | NC |
| Raynor Jr. | Bruce B. | 3916 Watauga Drive | Greensboro | NC |
| Isenrich | Dr. Markus | 201 Veranda Court | Raleigh | NC |
| HELMS | THOMAS C. | 610 WINGRAVE DRIVE | CHARLOTTE | NC |
| Haney | James A. | 308 East K Street | Erwin | NC |
| Evans | Harry | 621 Laurel Lake Drive B- | Columbus | North Carolina |
| Wager | Rupert | B- 4555 Mansell Road S | Alpharetta | GA |
| Stone | Michael T. | 3568 Cloudland Dr. N.W. | Atlanta | GA |

5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 01721 | C:617.233.6767 | B:617.727.0067 |
| 02081 | H:508.881.0632 | |
| 02332 | H: 508-668-9916 | B: 508-668-9180 |
| 02882 | 401-782-4422 | |
| 03825 | H:603.332.2931 | 603-332-5940 |
| 06525 | H:203-393-3924 | B:203-624-4346 |
| 07110 | H:973.667.5545 | |
| 07444 / 33487 | 973.839.0202 | 973.809.9120 |
| 08094 | H: 856-863-0461 | |
| 08753-4235 | 732-341-1722 | |
| 11731 | H:631-261-4179 | |
| 11964 | B: 631-749-2020 | B:631-262-8044 |
| 15147-3883 | 412-826-4166 | |
| 15522 | 814-623-7636 | |
| 17013-3532 | H:717.249.5369 | |
| 17403 | 717-854-8288 | |
| 19096 | 610-642-0473 | |
| 19115 | 215-677-2566 | B:215-204-6686 |
| 19145 | 215-686-6834 | |
| 19807 | H:302-571-0687 | B:302-234-8100 |
| 20877 | 301-216-5668 | |
| 21075 | 410-540-9603 | B:202-283-4560 |
| 21078 | 410.939.1765 | |
| 27205 | H: 336-629-4940 | B: 336-626-8300 |
| 27360 | 336-472-7138 | |
| 27410 | 336-854-1656 | |
| 27615 | H:919.976.2637 | B:919.676.2653 |
| 28270 | 704-366-3992 | |
| 28339 | 910-897-6722 | W:910-897-7132 |
| 28722 | 828-894-5793 | |
| 30022 | B: 770.393.8600 | |
| 30327 | H:404-355-4225 | B: 404-237-3401 |

EDG table

5/16/2007

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Smith | Harlan B. | 660 Bittersweet Trail | Atlanta | GA |
| Szemborski Jr. | Chester C. | 3616 Lex Court | Port Orange | FL |
| Duhon Jr. | Claiborne J. | 1759 Marseille Drive | Gulf Breeze | FL |
| Golden | John Richard | 2816 Abingdon Parkway | Vetavia Hills | AL |
| Thompson | Leon P. | 14879 Clovercrest Drive | Huntsville | AL |
| Haltiner | John C. | 320 Willow Bend Drive | Wetumpka | AL |
| Ward | Larry Eugene | 730 Cherokee Court | Murfreesboro | TN |
| Lake/Trustee | Larry N. | 3056 Richmond Hill Driv | Nashville | TN |
| Alford Jr. | Mack | 548 Old Huntsville Road | Fayetteville | TN |
| Simmons | Dr. James | 190 South Grove Park | Memphis | TN |
| Walker | James A. | 505 Highway 322 West ( | Clarksdale | MS |
| Kreitzman | John B. | 3692 Park Point Drive | Lexington | KY |
| Nuzum | Gerald A. | 6088 Ledgeview Drive | Peninsula | OH |
| Burke | James E. | 402 S. Schricker Avenue | North Judson | IN |
| Milligan | James L. | 204 North Main Street S | Monticello | IN |
| Otto | Lynn D. | 5806 Whitneyville Road | Middleville | MI |
| Jarvis Jr. | James E. | 23092 580th Avenue | Ames | IA |
| Bergstrom | Carl | 936 I Avenue | Ogden | IA |
| Cross | Michael J. | 117 1st Avenue N.W. P. | Hampton | IA |
| Schwendemann | Leroy F. | 3176 Oak Avenue | Lehigh | IA |
| Novak | Richard J. | 2144 Mehaffey Bridge R | Solon | IA |
| Neumann | Roy C. | 312 Locust Street | Muscatine | IA |
| Harpster | Richard G. | W. 399 South 5572 High | Dousman | WI |
| Koch | Leon W. | 2000 Westwood Drive | Wausau | WI |
| Robinson | Paul H. | 123 N. 4th Street Suite 3 | La Crosse | WI |
| Lindholm | Randy S. | 4680 Echo Court | Stacy | MN |
| Oberg | Rodney | 183 Little Canada Road | Little Canada | MN |
| Mellang | Gregg C. | 8412 Virginia Circle | Bloomington | MN |
| Weber | Theodore | 801 West State Street | Belleplaine | MN |
| Baxter | Leroy W. | 70797 State Highway 28 | Graceville | MN |
| Baxter | Joan M. | 70797 State Highway 28 | Graceville | MN |
| Essler | David A. | 1221 Terrace Court | Alexandria | MN |
| McQuoid | Terry Patrick | 18861 329th Avenue | Isle | MN |

EDG table

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 30350 | H:770-395-1186 | |
| 32129 | H:386-756-2309 | |
| 32563 | 850-916-7677 | |
| 35243 | H: 205-967-4672 | B: 205-542-7702 |
| 35803-2379 | H:256-882-1720 | |
| 36093 | H:334.567.5236 | B:334.260.1449 |
| 37130 | H:901.570.0681 | B:901.685.2212 |
| 37207 | H: 615-227-8627 | 615-837-5131 |
| 37334 | 931-433-7674 | |
| 38117 | 901-767-9060 | |
| 38614 | 662-624-6492 | |
| 40609 | H:859.221.0327 | B:859.255.9846 |
| 44264 | H:330.328.6428 | 330.650.9308 |
| 46366 | H:574.896.5842 | |
| 47960 | H:574.583.7201 | B:574-583-3087 |
| 49333 | H:269-795-3634 | |
| 50010 | 515.232.1156 | |
| 50212 | H:515.275.4084 | B:515.846.6201 |
| 50441 | H:641-456-4255 | B:641-456-4192 |
| 50657 | H:515.547.2889 | |
| 52333 | H:319.624.2816 | |
| 52761 | H: 563-263-7813 | B: 319-338-7878 |
| 53118 | 262-495-8121 | |
| 53401 | B:715-842-6172 | H:715-803-4146 |
| 54601 | H: 608-784-5161 | B: 608-782-8282 |
| 55079 | 651-462-6022 | |
| 55117-1336 | 651-766-9072 | 480-654-8159 AZ # TILL |
| 55438 | 952-941-1030 | |
| 56011-1213 | 952-873-6752 | |
| 56240 | 320-748-7181 | |
| 56308 | H:320-762-2743 | Same |
| 56342 | 320-630-3435 | |

Page 4

5/16/2007

EDG table

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Landrus | Robert G. | 48007 382nd Place | Palisade | MN |
| Zubke | Jerald A. | 14574 S.D. Highway 15 | Millbank | SD |
| Holden | John G. | 2539 Mountain Lane | Freeport | IL |
| Phillips | Valerie Corrine | 2119 Gentry Street | North Kansas City | MO |
| Cooprider | Leon | 109 S. 6th Street (RR 2 | Sayre | OK |
| OSGOOD | JEFFREY S. | 901 MAIN STREET SUIT | DALLAS | TX |
| GREGORY | JAMES F. | 15 NONESUCH ROAD | DALLAS | TX |
| Adamitis | Kenneth G. | 13407 Shady Bay Courts | Sugar Land | TX |
| Jordan | Clay A. | 1616 Rosewood Street | Seguin | TX |
| Moddrell | Chester L. | 1308 Stacy Street | San Marcos | TEXAS |
| Tidwell | Donald R. | 1030 Kay Street | Longmont | CO |
| Rosenthal | Michael Edward | 164 Grand View Drive | Warwick | RI |
| VanDerHeijdew | Hubert | 2682 Squaw Valley Road | Preist Lake | ID |
| Roberts | James A. | 3292 East Bengali Blvd. | Salt Lake City | UT |
| Bracanovich | Andrew G. | 3606 N. Kachina Lane | Scottsdale | AZ |
| Slocum | Stanley B. | 14317 N. Sky Trail Drive | Tucson | AZ |
| Banks | Dr. Leon O. | 3655 Homeway Drive | Los Angeles | CA |
| Yamada | Henry T. | 5995 S. Sepulveda Blvd. | Culver City | CA |
| Jablonski | Richard J. | 26722 Hyte Road | Ranchos Palos Verdes | CA |
| SAAVEDRA | ALFONSO SEAN | P.O. Box 821147 | Sylmar | CA |
| Jenkins | Chris Alan | 703 Rancho Los Nogale | Covina | CA |
| Kolanowski | Bernard F. | 7221 Linden Terrace | Carlsbad | CA |
| ALVARADO | JONATHAN D. | 299 EAST LANE | EL CAJON | CA |
| Mayorga | William H. | 8412 Boulder Place | San Diego | CA |
| Dominguez | David C. | 8650 Miramar Road Suit | San Diego | CA |
| Huang | Scott L. | 11 Las Cruces | Irvine | CA |
| BELCHER | KERRY K. | 36 le-mans | Newport Coast | CA |
| Waymire | Laurence Turner | 7 Orlando Court | Laguna Higuel | CA |
| Wallace Jr. | John R. | 787 Tierra Rd. | Nipomo | CA |
| Leslie | Douglas C. | 498 Eureka Street | San Francisco | CA |
| Lee | Gerald Alan | B-800 Metro Center Blvd. | Foster City | CA |
| Gioseffi | Tom | 38 Twin Oaks | San Rafael | CA |

5/15/2007

EDG table

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 56469 | 218-845-2667 | |
| 57252 | H:605.432.6658 | |
| 61032 | H:815-235-7295 | |
| 64116 | H:816.842.8100 | B:816.233.3900 |
| 73662 | 580-928-2664 | |
| 75202 | B: SAME | H:214-651-4582 |
| 75214 | 214-824-2443 | |
| 77478 | H:281-565-4809 | B:713-669-2827 |
| 78155-5246 | 830-379-5935 | |
| 73666 | 512-304-5630 | |
| 80501 | 303-678-1117 | |
| 82886 | H:401-737-7044 | B:401-275-3000 |
| 83866 | 208 443-2333 | |
| 84121 | 801-944-3773 | |
| 85251 | H:480.970.3966 | |
| 85737 | | 952-927-4935 |
| 90008 | 323-293-7481 | |
| 90230 | H:310-398-2788 | B: Same |
| 90275 | H:310.375.2969 | B:310.669.6330 |
| 91392 | H:818-822-3462 | B. Same |
| 91724 | 714-523-2280 | |
| 92011 | 760-431-0930 | |
| 92021 | 619-440-0791 | |
| 92119 | 819-713-0807 | CELL: 619-204-2249 |
| 92126 | H:858.895.6571 | |
| 92614 | H:949-955-3802 | |
| 92657 | 949 219 9948 | |
| 92677 | H:949-481-2545 | C:714-815-8449 |
| 93444 | 805.929.6084 | |
| 94114 | 415-550-0201 | |
| 94404 | B:650-432-4803 | |
| 94901 | 415-457-3450 | H:650-377-0449 |

Page 6

5/18/2007

EDG table

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Bramlette | Darryl | 7700 Ruth Ridge Road | Jamestown | CA |
| Speck | Robert E. | 2127 Old Lake Rd.( P.O. | Merced | CA |
| Burnash | George O. | 10541 Malaga Way | Rancho Cordova | CA |
| HARRIS | KEITH D. | 4437 S.W. Melville Aven | Portland | OR |
| Oster | Randy | 48912 284 th Ave SE | Enumclaw | WA |
| Campbell | Martin J. | 1070 24th Avenue East | Seattle | WA |
| Sherer | Michael J. | 2603 N.E. 87th Street | Seattle | WA |
| Wasem | Clifford W. | 655 Riverview Blvd. | Clarkston | WA |
| Colonell | Joseph M. | B: (Emtrix) 1600 A Street | Anchorage | AK |

Page 7

3/16/2007

EOG table

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 95327 | H:209.984.1251 | B:209-352-2274 |
| 95340 | C:209.765.2761 | |
| 95670 | H: 916-362-5003 | B: 916-686-9141 |
| 97239 | 503-245-4017 | 503-252-4561 |
| 98022 | 360-825-1851 | |
| 98112 | 206-324-3210 | |
| 98115 | H:206-715-0812 | |
| 99403 | H:509-758-2565 | B:Same |
| 99501 | B:907-261-9731 | H:907-360-8291 |

5/16/2007

**United States District Court**
**Southern District of New York**
-------------------------------------------------------------X
                                                              :
**Securities and Exchange Commission,**                       :
                                                              :           **Verified Written**
                    Plaintiff,                                :           **Accounting**
                                                              :           **Castle Hill Ventures, LLC**
          -against-                                           :
                                                              :           07 Civ. 3896 (PKC)
**Empire Development Group LLC,**                             :
**Empire Development Group Fund I LLC,**                      :
**Castle Hill Ventures, LLC, Felix Strashnov**               :
**a/k/a Felix Straton and Michael Ayngorn,**                 :
                                                              :
                    Defendants.                               :
-------------------------------------------------------------X

I, Felix Strashnov, being duly sworn, deposes and says:

1.  I am a Managing Partner and a Founder of Castle Hill Ventures, LLC ("Castle Hill").  As
    such, I am knowledgeable about Castle Hill's assets, liabilities and general financial
    condition.

2.  Request: All assets, liabilities and property currently held, directly or indirectly, by or for
    the benefit of such Defendant, including, without limitation, bank accounts, brokerage
    accounts, investments, business interests, loans, lines of credit, and real and personal
    property wherever situated, describing each asset and liability, its current location and
    amount.

    Response:

        a.  To the best of my knowledge, Castle Hill has no assets or liabilities.  At one point,
            Castle Hill did open a checking account with JP Morgan Chase Bank by placing a
            nominal amount in the account to open it.  To the best of my knowledge, the
            account did not have any activity and was closed.

3.  Request: All money, property, assets and income received by such Defendant for his direct or indirect benefit from any other Defendant, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

    Response:

    a.  Castle Hill has not received any money, property, assets or income from any of the other Defendants. In Defendant Empire Development Group Fund I, LLC's' 2004 initial offering, Castle Hill was referred to as the Managing Member.

4.  Request: All money, property, assets and income received by such Defendant for the Defendant's direct or indirect benefit from any investor in, or shareholder of, Castle Hill, EDG, and/or EDGFI, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

    Response:

    a.  Castle Hill has not received any money, property, assets or income from any of the investors.

5.  Request: The names, addresses and amount invested by each investor in EDG, EDGFI and Castle Hill from their inception.

    Response:

    a.  Castle Hill was the Managing Member of Empire Development Group Fund I, LLC. No investors invested directly into Castle Hill.

6.  Request: The names and last known addresses of all bailees, debtors and other persons and entities that currently are holding the assets, funds or property of such Defendant.

Response:

    a.  There are no persons holding any assets, funds or property on Castle Hill's behalf.

7. Request: All assets, funds, securities, investments and real or personal property purchased or otherwise obtained by such Defendant, or any other person controlled by them, at any time from October 1, 2004 through the date of such accounting, and the amount, disposition and current location of each of the items listed.

  Response:

    a.  None.

8. Request: All assets, funds, securities, investments and real or personal property held by such Defendant, or any other person controlled by them, on behalf of: (i) Castle Hill, EDG and/or EDGFI and/or (ii) investors in, or shareholders of, Castle Hill, EDG and/or EDGFI from October 1, 2004 to the date of the accounting and the disposition of each of the items listed.

  Response:

    a.  None.

9. Request: List of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and the name and number on the account), telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by them or under their direct or indirect control, at any time from October 1, 2004 to the present.

3

<u>Response</u>:

a.  To the best of my knowledge, Castle Hill's telephone numbers are 800-918-8711 and 718-252-3220.    I believe Castle Hill had some subnumbers, but I do not recall these numbers.

b.  Castle Hill's facsimile number is 718-252-3211.

c.  To the best of my knowledge, Castle Hill does not have a general email address, nor does not it have a pager number.

d.  To the best of my knowledge, Castle Hill does not have a World Wide Web address, nor any other Internet sites, online interactive conversational spaces or chat rooms.

e.  Castle Hill's Internet service provider is One Communications.

f.  Castle Hill has no storage facilities, postal box numbers or safety deposit boxes in its name.

FELIX STRASHNOV
Managing Partner

Sworn to before me this
___ day of May 2007

NOTARY PUBLIC

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02K06111043
Qualified in New York County
Commission Expires July 01, 20 0 8
June

4

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, : | |
| : | |
| Plaintiff, : | **Affidavit of Service** |
| : | **07 Civ. 3896 (PKC)** |
| - against - : | |
| : | |
| Empire Development Group LLC,  Empire : | |
| Development Group Fund I, Castle Hill Ventures, : | |
| Felix Strashnov a/k/a Felix Stratton and Michael : | |
| Ayngorn : | |
| : | |
| Defendants, : | |
| : | |

I, Leonard T. Offutt, declare under penalty of perjury that I have served a copy of each of
the attached following documents by facsimile transmission to (212)336-1322 to
Plaintiff's counsel, Michael Paley, Esq., Securities and Exchange Commission, 3 World
Financial Center, Suite 400, New York, NY 10281 on May 25, 2007:

1. Verified Written Accounting of Felix Strashnov;
2. Verified Written Accounting of Michael  Ayngorn;
3. Verified Written Accounting of Empire Development Group, LLC
4. Verified Written Accounting of Empire Development Group Fund I, LLC; and
5. Verified Written Accounting of Castle Hill Ventures, LLC.

May 25, 2007
New York, New York

Leonard T. Offutt
42 West 38th Street, 7th Floor
New York, New York 10018

Sworn to me this
25th day of May, 2007

Notary Public

RAJPREET KOCHHAR, Esq
Notary Public, State of New York
No. 02K06111043
Qualified in New York County
Commission Expires July 01, 20___

1