UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
**Securities and Exchange Commission**                       :
                                                             :   **07 Civ. 3896 (PKC)**
             Plaintiff                                       :
                                                             :
       -against-                                             :
                                                             :
**Empire Development Group LLC,**                            :   NOTICE OF APPEARANCE
**Empire Development Group Fund LLC,**                       :
**Castle Hill Ventures, LLC, Felix Strashnov**               :
**a/k/a Felix Straton and Michael Ayngorn,**                 :
                                                             :
             Defendants,                                     :
------------------------------------------------------------ X

   To the Clerk of this Court and all parties of record:

   Please enter my appearance as counsel in this case for Defendant Empire Development Group, LLC.

   I certify that I am admitted to practice in this Court.

Date: June 4, 2007
New York, New York

                                                 Respectfully submitted,

                                                 _____
                                                 Liam O'Brien, Esq.
                                                 McCormick & O'Brien, LLP
                                                 42 West 38th Street
                                                 Suite 701
                                                 New York, New York 10018
                                                 Telephone (866) 853-0931
                                                 Facsimile (212) 504-9574

                                                 *Attorney for Defendant*