USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-7-07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
**Securities and Exchange Commission**                       :
                                                             :   07 Civ. 3896 (PKC)
　　　　　Plaintiff                                           :
                                                             :   **Stipulation for an**
　-against-                                                  :   **Extension of Time**
                                                             :
**Empire Development Group LLC,**                            :
**Empire Development Group Fund LLC,**                       :
**Castle Hill Ventures, LLC, Felix Strashnov**               :
**a/k/a Felix Straton and Michael Ayngorn,**                 :
                                                             :
　　　　　Defendants,                                         :
------------------------------------------------------------ X

　　　　The Plaintiff and Defendant Empire Development Group, LLC, through their counsel of record, hereby stipulate that the deadline for Defendant Empire Development Group, LLC to file its Answer to the Complaint be extended from June 6, 2007 to July 6, 2007. No request for an extension of time has previously been sought by the parties.

Date: June 5, 2007
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

_____          　　　　_____
Doria G. Stetch, Esq.                     　　　　Liam O'Brien, Esq.
Securities and Exchange Commission        　　　　McCormick & O'Brien, LLP
Enforcement Division                      　　　　42 West 38th Street
3 World Financial Center                  　　　　Suite 701
Room 4300                                 　　　　New York, New York 10018
New York, New York 10281                  　　　　Telephone (866) 853-0931
Telephone (212) 336-0024                  　　　　Facsimile (212) 504-9574
Facsimile (212) 336-1322

*Attorney for Plaintiff*                  　　　　*Attorney for Defendant*
                                          　　　　*Empire Development Group LLC*

SO ORDERED
[signature]
USDJ
6-6-07

1