

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

Securities and Exchange Commission

    Plaintiff

    -against-

Empire Development Group LLC,
Empire Development Group Fund I LLC,
Castle Hill Ventures, LLC, Felix Strashnov
a/k/a Felix Straton and Michael Ayngorn,

    Defendants.

------------------------------------------------------------ X

07 Civ. 3896 (PKC)

Stipulation for an Extension of Time

The Plaintiff and Defendants Empire Development Group Fund I, LLC, Castle Hill Ventures, LLC and Felix Strashnov (the "Defendants") hereby stipulate that the deadline for Defendants to file their Answers to the Complaint be extended from June 6, 2007 to July 6, 2007. No request for an extension of time has previously been sought by the parties.

Date: June 7, 2007
New York, New York

Respectfully submitted,

_/s/ Michael D B_
Michael Birnbaum, Esq.
Securities and Exchange Commission
Enforcement Division
3 World Financial Center, Room 4300
New York, New York 10281

Felix Strashnov

Castle Hill Ventures, LLC

Empire Development Group Fund I, LLC

SO ORDERED
[signature]
6-11-07