USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-07

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                             :
**Securities and Exchange Commission**                       :
                                                             :   07 Civ. 3896 (PKC)
            Plaintiff                                        :
                                                             :   **Stipulation for an**
    -against-                                                :   **Extension of Time**
                                                             :
**Empire Development Group LLC,**                            :
**Empire Development Group Fund I LLC,**                     :
**Castle Hill Ventures, LLC, Felix Strashnov**               :
**a/k/a Felix Straton and Michael Ayngorn,**                 :
                                                             :
            Defendants.                                      :
------------------------------------------------------------ X

     The Plaintiff and Defendant Michael Ayngorn hereby stipulate that the deadline for Michael Ayngorn to file his Answer to the Complaint be extended from June 6, 2007 to July 6, 2007. No request for an extension of time has previously been sought by the parties.

Date: June 7, 2007
New York, New York

                                                          Respectfully submitted,

_/s/ Michael D. Birnbaum_                                    _/s/ Michael Ayngorn_
Michael Birnbaum, Esq.                                       Michael Ayngorn
Securities and Exchange Commission                           2359 Royce Street
Enforcement Division                                         Brooklyn, New York 11234
3 World Financial Center                                     Telephone (347)713-4397
Room 4300
New York, New York 10281
Telephone (212) 336-0523
*Attorney for Plaintiff*

SO ORDERED
/s/ USDJ
6-11-07

1