UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                         :

**Securities and Exchange Commission**     :

               Plaintiff             :           **07 Civ. 3896 (PKC)**

                         :           **Empire Development Group, LLC**
            -against-          :           **Disclosure Statement**

                         :

**Empire Development Group LLC,**       :
**Empire Development Group Fund I LLC,**   :
**Castle Hill Ventures, LLC, Felix Strashnov**   :
**a/k/a Felix Straton and Michael Ayngorn,**   :

                         :

            Defendants,        :
------------------------------------------------------------------ X

       Defendant Empire Development Group, LLC, by its attorneys, McCormick & O'Brien,

LLP, respectfully provides the following Disclosure Statement in accordance with Federal Rule

of Civil Procedure 7.1:

> Empire Development Group, LLC, a nongovernmental corporate party, in the
> above listed civil action, does not have any parent corporation and/or publicly
> held corporation that holds ten percent (10%) or more of its stock.

Date: July 9, 2007
New York, New York

                                 Respectfully submitted,

                                 _____
                                 Liam O'Brien, Esq.
                                 McCormick & O'Brien, LLP
                                 42 West 38th Street
                                 Suite 701
                                 New York, New York 10018
                                 Telephone (866) 853-0931
                                 Facsimile (212) 504-9574

                                 *Attorney for Defendant*
                                 *Empire Development Group LLC*