

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

MICHAEL D. BIRNBAUM
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-0523
FACSIMILE: (212) 336-1319
BirnbaumM@sec.gov

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07

**MEMO ENDORSED**

October 19, 2007

*October 25 conference adjourned to November 26, 2007 at 9:30a*

SO ORDERED
/s/ [signature]
USDJ
10-19-07

**By Facsimile**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

RE: *S.E.C. v. Empire Development Group, LLC et al.* (07 Civ. 3896 (PKC))

Dear Judge Castel:

    We represent Plaintiff Securities and Exchange Commission in the above-styled action before this Court. On September 7, 2007, the Court scheduled a conference for October 25, 2007 to discuss, among other issues, the possibility of appointing a receiver to facilitate the sale of certain property in Defendants' possession or control.

    Since this Court's September 7 order, Empire's New Jersey property has been sold and a bid has been accepted for Empire's Brooklyn property. Furthermore, as the Court is aware, the Commission's motion for summary judgment has been fully briefed. If the sale of the Brooklyn property proceeds as planned, the only property left for Defendants to sell is one vintage car purchased with Empire's money. The Commission does not believe that the sale of this car warrants the appointment of a potentially costly receiver.

    In the interest of efficiency, the Commission respectfully suggests that the scheduled October 25 conference might be adjourned while the parties work to finalize the sale of the Brooklyn property and attempt to agree on a plan to sell the Company's Corvette.

    Empire has informed the Commission that it consents to our proposed adjournment, but wishes to reserve the right to request the appointment of a receiver. The Commission is, of course, prepared to proceed with the scheduled October 25 conference if the Court so desires.

Please do not hesitate to contact us should the Court seek any additional information on this matter.

Sincerely,

*[signature: Michael D. Birnbaum]*

Michael D. Birnbaum
Attorney
Division of Enforcement