USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-10-07



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

MICHAEL D. BIRNBAUM
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-0523
FACSIMILE: (212) 336-1319
BirnbaumM@sec.gov

# MEMO ENDORSED

December 7, 2007

**By Hand Delivery**

Hon. P. Kevin Castel
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

RE:   *S.E.C. v. Empire Development Group, LLC et al.* (07 Civ. 3896 (PKC))

Dear Judge Castel:

We write to seek the Court's assistance in facilitating certain payments in the above-titled action. On September 7, 2007, the Commission and Defendant Empire advised the Court of the parties' agreement that Defendant Michael Ayngorn would pay $1,000 monthly rent for use of a home in Brooklyn. Although the agreement instructed Mr. Ayngorn to pay rent to the bank that held the mortgage on the Brooklyn property, this has proven to be logistically difficult. Therefore, Empire and the Commission have agreed to allow Mr. Ayngorn to pay rent instead to a court administered account.

Pursuant to Your Honor's previous orders, a court administered account already exists to preserve money obtained through the sale of certain property in connection with this action. Mr. Ayngorn has since presented a check to the clerk of this Court, but the check cannot be deposited into a court administered account without the Court ordering the deposit. The Commission and Empire Development Group, LLC, respectfully request the Court enter an order providing that Mr. Ayngorn's monthly rent be deposited into that court administered account that has already been established for this matter.

*Application granted.*
*SO ORDERED*
/s/ PKC USDJ
12-7-07