USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08



UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER
SUITE 400
NEW YORK, NEW YORK 10281-1022

MICHAEL D. BIRNBAUM
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-0523
FACSIMILE: (212) 336-1319
BirnbaumM@sec.gov

# MEMO ENDORSED

February 8, 2007

*Conference adjourned to April 18, 2008 at 2:15pm. SO ORDERED USDJ 2-8-08*

<u>VIA FACSIMILE</u>

Hon. P. Kevin Castel
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St., Room 2260
New York, NY 10007

RE:    <u>*S.E.C. v. Empire Development Group, LLC et al. (07 Civ. 3896*
       *(PKC))*</u>

Dear Judge Castel:

    We write on behalf of Plaintiff Securities and Exchange Commission and Defendant Empire Development Group, LLC to jointly request a temporary adjournment of the conference in the above-titled case currently scheduled for February 22, 2008. Pursuant to Your Honor's suggestion, the Commission staff and counsel for Empire have worked to resolve this matter through a mutually acceptable settlement. We are hopeful that a brief adjournment will allow the parties to reach such an agreement. Additional time will also allow for the completion of the sale of the Brooklyn Property at issue in this dispute. We jointly propose that the conference be rescheduled for the week of April 14, 2008.

    We are available at the Court's convenience should the Court seek any additional information regarding this matter.

Respectfully,

Liam O'Brian, Esq.
Attorney for Empire
Development Group, LLC.

Michael D. Birnbaum/bis
                           MDB
Michael D. Birnbaum
Attorney
Division of Enforcement

cc: Michael Ayngorn (by mail)
    Felix Strashnov (by mail)