

# U.S. Securities and Exchange Commission

# Division of Enforcement

# Prejudgment Interest Report

## SEC v. Empire Development Group, LLC, et al. 07 Civ. 3896 (PKC)

| Quarter Range | Annual Rate | Period Rate | Quarter Interest | Principal+Interest |
|---|---|---|---|---|
| Violation Amount | | | | $2,900,000.00 |
| 06/01/2007-06/30/2007 | 8% | 0.67% | $19,333.33 | $2,919,333.33 |
| 07/01/2007-09/30/2007 | 8% | 2% | $58,386.67 | $2,977,720.00 |
| 10/01/2007-12/31/2007 | 8% | 2% | $59,554.40 | $3,037,274.40 |
| 01/01/2008-03/31/2008 | 7% | 1.75% | $53,152.30 | $3,090,426.70 |
| 04/01/2008-05/31/2008 | 6% | 1% | $30,904.27 | $3,121,330.97 |

| **Prejudgment Violation Range** | | | **Quarter Interest Total** | **Prejudgment Total** |
|---|---|---|---|---|
| **06/01/2007-05/31/2008** | | | **$221,330.97** | **$3,121,330.97** |