# citibank

**CitiBusiness**

Citibank, N.A.   058
PO 5870 Grand Central Sta
New York, NY 10163



8891/FR/03F000/0
029
CITIBANK, N. A.
**Account**
**9964169100**
**Statement Period**
**Apr. 17 - May 15, 2007**
Relationship Manager
US SERVICE CENTER
1-877-528-0990

EMPIRE DEVELOPMENT GROUP FUND I, LLC
1795 CONEY ISLAND AVE. APT 3
BROOKLYN                    NY 11230-6501

Page 1 of 5

## CitiBusiness® ACCOUNT AS OF MAY 15, 2007

**CitiBusiness Summary:**

| | |
|---|---|
| Checking | $14,058.96 |
| Savings | ----- |
| Investments (not FDIC insured) | ----- |
| Checking Plus | ----- |

## SUGGESTIONS AND RECOMMENDATIONS

**Don't Be the Victim of a Check Scam**
If someone sends you a check or money order, asks you to deposit the item into your account and wire transfer out most of the money, please be careful - you may become the victim of a popular scam. For information on fraudulent check scams and ways you can protect yourself from being a victim, please visit www.citibankonline.com (look for Security Tip of the Day towards the bottom left-hand side) or call customer service at 1-800-627-3999. You can also visit your Financial Center and ask for a copy of our Fraud Warning brochure.

## SERVICE CHARGE SUMMARY FROM APRIL 1, 2007 THRU APRIL 30, 2007

| Type of Charge | No./Units | Price/Unit | Amount |
|---|---|---|---|
| **STREAMLINED CHECKING # 9964169100** | | | |
| Average Daily Collected Balance | | | $14,260.01 |
| **DEPOSIT SERVICES** | | | |
| MONTHLY MAINTENANCE FEE | 1 | 19.0000 | 19.00 |
| CHECKS, DEP ITEMS/TICKETS, ACH | 43 | .3000 | 12.90 |
| **FEE WAIVE | | | |
| **Total Charges for Services** | | | $19.00 |
| **Net Service Charge** | | | $19.00 |

Charges debited from account # 9964169100

63

01474

EMPIRE DEVELOPMENT GROUP FUND I, LLC    Account 9964169100    Page 2 of 5    8892/R1/03F000/0
Statement Period - Apr. 17 - May 15, 2007

## CHECKING ACTIVITY

**CitiBusiness Streamlined Checking**
**9964169100**

Beginning Balance: $9,568.20
Ending Balance: $14,058.96

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/17 | DEBIT CARD CREDI Card Ending in 0716<br>STEEV WEST FOURTH   BROKLYN   NY 07106 | | 163.80 | 9,732.00 |
| 4/17 | OFF-US ATM WITHDRAWAL<br>1775 CONEY ISLAND   BROOKLYN   NY | 141.50 | | 9,590.50 |
| 4/17 | DEBIT CARD PURCH Card Ending in 5514<br>MACY*S EAST #0006   BROKLYN   NY 07106 | 60.69 | | 9,529.81 |
| 4/17 | DEBIT CARD PURCH Card Ending in 5514<br>OMIYA SUSHI II   BROKLYN   NY 07106 | 58.55 | | 9,471.26 |
| 4/17 | DEBIT CARD PURCH Card Ending in 5514<br>MACY*S EAST #0006   BROKLYN   NY 07106 | 56.36 | | 9,414.90 |
| 4/17 | DEBIT CARD PURCH Card Ending in 0716<br>ECKERD DRUGS #5570 BROKLYN   NY 07106 | 33.02 | | 9,381.88 |
| 4/17 | CHECK NO:    1363 | 600.00 | | 8,781.88 |
| 4/18 | FUNDS TRANSFER<br>WIRE FROM STERLI G TRUST           Apr 18 | | 54,585.98 | 63,367.86 |
| 4/18 | OFF-US ATM WITHDRAWAL<br>440 AVENUE P   BROOKLYN   NYUS | 501.75 | | 62,866.11 |
| 4/18 | OVERDRAFT CHARGE | 30.00 | | 62,836.11 |
| 4/18 | CHECK NO:    1367 | 150.00 | | 62,686.11 |
| 4/18 | CHECK NO:    1365 | 600.00 | | 62,086.11 |
| 4/19 | OFF-US ATM WITHDRAWAL<br>CHASE         BROOKLYN   NYUS | 501.50 | | 61,584.61 |
| 4/19 | ATM WITHDRAWAL<br>1501 KINGS HWAY, BROOKLYN, NY | 300.00 | | 61,284.61 |
| 4/19 | DEBIT CARD PURCH Card Ending in 0716<br>QXT*1334361285   0415 800253-6500 MI 07108 | 190.50 | | 61,094.11 |
| 4/19 | DEBIT CARD PURCH Card Ending in 0716<br>ORGANIC PHARMACY, INC. ASHVILLE   NC 07108 | 37.75 | | 61,056.36 |
| 4/19 | DEBIT CARD PURCH Card Ending in 0716<br>OAKLY'S CAR WASH   BROKLYN   NY 07108 | 4.34 | | 61,052.02 |
| 4/19 | INCOMING WIRE TRAN FEE<br>INCOMING WIRE   FEE   F07710800CC701 Apr 19 | 10.00 | | 61,042.02 |
| 4/19 | CHECK NO:    1366 | 3,000.00 | | 58,042.02 |
| 4/20 | OFF-US ATM WITHDRAWAL<br>NORTH FORK BANK   BROOKLYN   NYUS | 661.75 | | 57,380.27 |
| 4/20 | OFF-US ATM WITHDRAWAL<br>1729 EMMONS AVENUE   BROOKLYN   NY | 201.50 | | 57,178.77 |
| 4/20 | DEBIT CARD PURCH Card Ending in 5514<br>AMOCO OIL   03671Q09 BROKLYN   NY 07109 | 162.56 | | 57,016.21 |
| 4/20 | DEBIT CARD PURCH Card Ending in 0716<br>MAC ON-LINE        800588-0070 NY 07109 | 83.99 | | 56,932.22 |
| 4/20 | OFF-US ATM WITHDRAWAL<br>1775 CONEY ISLAND   BROOKLYN   NY | 81.50 | | 56,850.72 |
| 4/20 | DEBIT CARD PURCH Card Ending in 5514<br>AMOCO OIL   03671Q09 BROKLYN   NY 07109 | 54.17 | | 56,796.55 |
| 4/20 | DEBIT CARD PURCH Card Ending in 0716<br>GNC #9445       BROKLYN   NY 07109 | 41.99 | | 56,754.56 |
| 4/20 | DEBIT CARD PURCH Card Ending in 5514<br>AMOCO OIL   03671161 BROKLYN   NY 07109 | 40.64 | | 56,713.92 |
| 4/20 | CHECK NO:    1374 | 4,000.00 | | 52,713.92 |
| 4/20 | CHECK NO:    1304 | 3,000.00 | | 49,713.92 |
| 4/20 | CHECK NO:    1364 | 4,386.00 | | 45,327.92 |
| 4/23 | DEBIT CARD PURCH Card Ending in 0716<br>TARGET    00014019 BROKLYN   NY 07110 | 403.21 | | 44,924.71 |
| 4/23 | OFF-US ATM WITHDRAWAL<br>CHASE         BROOKLYN   NYUS | 201.50 | | 44,723.21 |
| 4/23 | OFF-US ATM WITHDRAWAL<br>1775 CONEY ISLAND   BROOKLYN   NY | 201.50 | | 44,521.71 |
| 4/23 | DEBIT CARD PURCH Card Ending in 0716<br>THE SECRET YOU   BROKLYN   NY 07110 | 138.00 | | 44,383.71 |
| 4/23 | DEBIT CARD PURCH Card Ending in 0716<br>ELIA RESTAURANT   BROKLYN   NY 07110 | 134.60 | | 44,249.11 |
| 4/23 | DEBIT CARD PURCH Card Ending in 5514<br>MOSCOW CITY RESTUARANT BROKLYN   NY 07110 | 110.00 | | 44,139.11 |
| 4/23 | DEBIT CARD PURCH Card Ending in 5514<br>SANDOONY USA, INC   BROKLYN   NY 07110 | 65.03 | | 44,074.08 |
| 4/23 | DEBIT CARD PURCH Card Ending in 5514<br>AMZ*Amazon Payments   AMZ.COM/BILL WA 07110 | 38.60 | | 44,035.48 |
| 4/23 | DEBIT CARD PURCH Card Ending in 0716<br>THE HOME DEPOT #6158 BROKLYN   NY 07110 | 31.36 | | 44,004.12 |
| 4/23 | DEBIT CARD PURCH Card Ending in 0716<br>TARGET    00014019 BROKLYN   NY 07110 | 30.08 | | 43,974.04 |

01475

# CITIBANK 

Case 1:07-cv-03896-PKC     Document 39-3     Filed 06/23/2008     Page 3 of 6

CITIBUSINESS

EMPIRE DEVELOPMENT GROUP FUND I, LLC      Account 9964169100      Page 3 of 5      8893/R1/03F000/0
Statement Period - Apr. 17 - May 15, 2007

## CHECKING ACTIVITY                                                                                   Continued

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/23 | DEBIT CARD PURCH Card Ending in 0716<br>OAKLY'S CAR WASH    BROOKLYN    NY 07110 | 9.74 | | 43,964.30 |
| 4/23 | CHECK NO:    1369 | 1,536.00 | | 42,428.30 |
| 4/23 | CHECK NO:    1360 | 500.00 | | 41,928.30 |
| 4/23 | CHECK NO:    1377 | 425.00 | | 41,503.30 |
| 4/24 | DEBIT CARD CREDI Card Ending in 0716<br>THE HOME DEPOT #6152  BROOKLYN   NY 07111 | | 16.23 | 41,519.53 |
| 4/24 | ATM WITHDRAWAL<br>1992 RALPH AV, BROOKLYN, NY | 600.00 | | 40,919.53 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>SOHO BOUTIQUE    BROOKLYN    NY 07113 | 520.00 | | 40,399.53 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>CENTRAL SPORTS INC.  BROOKLYN    NY 07111 | 285.05 | | 40,114.48 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>Amazon.com       AMZ.COM/BILL WA 07111 | 272.68 | | 39,841.80 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>ECKLERS AUTO PARTS  8003274868  FL 07111 | 231.74 | | 39,610.06 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>Amazon.com       AMZ.COM/BILL WA 07111 | 199.99 | | 39,410.07 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>CLOTHES HORSE    BROOKLYN    NY 07113 | 166.90 | | 39,243.17 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>AMOCO OIL   03671Q09 BROOKLYN   NY 07113 | 162.56 | | 39,080.61 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>KOSHER CORNER SUPERMAR BROKLYN  NY 07111 | 115.61 | | 38,965.00 |
| 4/24 | OFF-US ATM WITHDRAWAL<br>CHASE       BROOKLYN   NYUS | 101.50 | | 38,863.50 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>BABIES R US #6455   BROOKLYN    NY 07111 | 100.24 | | 38,763.26 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>GNC #02545      BROOKLYN   NY 07111 | 94.43 | | 38,668.83 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>T-MOBILE IVR PAYMENT  800937-8997 WA 07111 | 84.00 | | 38,584.83 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>TACIS BEYTI RESTAURANT BROOKLYN  NY 07113 | 62.56 | | 38,522.27 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>RADIO SHACK 00128231 BROOKLYN   NY 07113 | 58.49 | | 38,463.78 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>EXTRA FANCY FARM   BROOKLYN   NY 07113 | 55.21 | | 38,408.57 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>EXXONMOBIL  11596988 BROOKLYN   NY 07111 | 52.87 | | 38,355.70 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>GNC #02545      BROOKLYN   NY 07113 | 44.99 | | 38,310.71 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>KINGS ONE STOP SUPERGE BROOKLYN  NY 07113 | 33.07 | | 38,277.64 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>EXXONMOBIL  10951168 BROOKLYN   NY 07111 | 32.40 | | 38,245.24 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>AMZ*Amazon Payments  AMZ.COM/BILL WA 07111 | 24.97 | | 38,220.27 |
| 4/24 | DEBIT CARD PURCH Card Ending in 0716<br>OAKLY'S CAR WASH   BROOKLYN    NY 07113 | 22.75 | | 38,197.52 |
| 4/24 | DEBIT CARD PURCH Card Ending in 5514<br>Amazon.com       AMZ.COM/BILL WA 07111 | 17.21 | | 38,180.31 |
| 4/24 | CHECK NO:    1373 | 5,000.00 | | 33,180.31 |
| 4/24 | CHECK NO:    1347 | 326.47 | | 32,853.84 |
| 4/25 | DEPOSIT | | 2,500.00 | 35,353.84 |
| 4/25 | DEBIT CARD PURCH Card Ending in 0716<br>CINGULAR*0381925700142 800310500  TN 07114 | 250.00 | | 35,103.84 |
| 4/25 | DEBIT CARD PURCH Card Ending in 0716<br>GAMBRINAS SEAFOOD CAFE BROOKLYN  NY 07114 | 151.05 | | 34,952.79 |
| 4/25 | DEBIT CARD PURCH Card Ending in 0716<br>AMOCO OIL   03671Q09 BROOKLYN   NY 07114 | 109.63 | | 34,843.16 |
| 4/25 | DEBIT CARD PURCH Card Ending in 0716<br>KEY FOODS #1200    BROOKLYN    NY 07114 | 53.85 | | 34,789.31 |
| 4/25 | DEBIT CARD PURCH Card Ending in 5514<br>CHRISTINA'S PIZZA PALA BROOKLYN  NY 07114 | 8.00 | | 34,781.31 |
| 4/25 | DEBIT CARD PURCH Card Ending in 0716<br>GOLDS GYM     BROOKLYN    NY 07114 | 4.50 | | 34,776.81 |
| 4/25 | CHECK NO:    1378 | 4,100.00 | | 30,676.81 |
| 4/25 | CHECK NO:    1376 | 1,710.00 | | 28,966.81 |
| 4/25 | CHECK NO:    1381 | 1,500.00 | | 27,466.81 |
| 4/25 | ACH DEBIT<br>OCWEN FEDERAL BA MTG PMT  7541287   Apr 25 | 3,030.03 | | 24,436.78 |
| 4/25 | CHECK NO:    1305 | 430.00 | | 24,006.78 |
| 4/25 | ACH DEBIT<br>OCWEN FEDERAL BA MTG PMT  7541287   Apr 25 | 19.50 | | 23,987.28 |
| 4/26 | DEPOSIT | | 7,500.00 | 31,487.28 |

EMPIRE DEVELOPMENT GROUP FUND I, LLC   Account 9964169100   Page 4 of 5   8894/R1/03F000/0
Statement Period - Apr. 17 - May 15, 2007

## CHECKING ACTIVITY (Continued)

| Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 4/26 | WITHDRAWAL | 3,000.00 | | 28,487.28 |
| 4/26 | OFF-US ATM WITHDRAWAL CHASE BROOKLYN NYUS | 801.50 | | 27,685.78 |
| 4/26 | OFF-US ATM WITHDRAWAL CHASE BROOKLYN NYUS | 181.50 | | 27,504.28 |
| 4/26 | DEBIT CARD PURCH Card Ending in 5514 TOYS R US #6308 BROKLYN NY 07115 | 100.76 | | 27,403.52 |
| 4/26 | DEBIT CARD PURCH Card Ending in 0716 MILL BASIN SHUK, INC BROOKLYN NY 07115 | 80.84 | | 27,322.68 |
| 4/26 | DEBIT CARD PURCH Card Ending in 0716 KEY FOODS #1200 BROOKLYN NY 07115 | 62.94 | | 27,259.74 |
| 4/26 | DEBIT CARD PURCH Card Ending in 0716 EN VEES GREEN THUMB BROOKLYN NY 07115 | 55.26 | | 27,204.48 |
| 4/26 | ACH DEBIT OCWEN FEDERAL BA MTG PMT 7541634 Apr 26 | 10,521.25 | | 16,683.23 |
| 4/26 | CHECK NO: 1348 | 2,000.00 | | 14,683.23 |
| 4/26 | CHECK NO: 1375 | 812.00 | | 13,871.23 |
| 4/26 | CHECK NO: 1368 | 225.00 | | 13,646.23 |
| 4/27 | FUNDS TRANSFER WIRE FROM JONATH N ALVARADO Apr 27 | | 10,000.00 | 23,646.23 |
| 4/27 | DEBIT CARD PURCH Card Ending in 0716 TGT*TARGET.COM TARET.COM MN 07116 | 63.60 | | 23,582.63 |
| 4/27 | DEBIT CARD PURCH Card Ending in 0716 KEY FOODS #1200 BROOKLYN NY 07116 | 51.43 | | 23,531.20 |
| 4/27 | CHECK NO: 1385 | 4,000.00 | | 19,531.20 |
| 4/27 | CHECK NO: 1384 | 900.00 | | 18,631.20 |
| 4/27 | CHECK NO: 1379 | 900.00 | | 17,731.20 |
| 4/30 | OFF-US ATM WITHDRAWAL CHASE BROOKLYN NYUS | 801.50 | | 16,929.70 |
| 4/30 | DEBIT CARD PURCH Card Ending in 0716 LITTLE PEOPLE-KIDS BOU BROKLY NY 07117 | 270.00 | | 16,659.70 |
| 4/30 | DEBIT CARD (POS) Card Ending in 0716 255 NORTHERN BLVD. GREAT NECK NYUS0215 | 234.16 | | 16,425.54 |
| 4/30 | DEBIT CARD PURCH Card Ending in 5514 MODELL'S #61 BROOKLYN NY 07117 | 213.32 | | 16,212.22 |
| 4/30 | OFF-US ATM WITHDRAWAL 1403 SADDLE RIVER FAIRLAWN NJ | 102.00 | | 16,110.22 |
| 4/30 | DEBIT CARD PURCH Card Ending in 5514 MODELL'S #61 BROOKLYN NY 07117 | 79.99 | | 16,030.23 |
| 4/30 | DEBIT CARD PURCH Card Ending in 5514 EXXONMOBIL 47590310 FAI LAWN NJ 07117 | 61.10 | | 15,969.13 |
| 4/30 | INCOMING WIRE TRAN FEE INCOMING WIRE FEE F04711700B1101 Apr 30 | 10.00 | | 15,959.13 |
| 4/30 | CHECK NO: 1370 | 10,100.00 | | 5,859.13 |
| 5/01 | DEBIT CARD PURCH Card Ending in 5514 BASISTA FURNITURE INC PARA OH 07120 | 938.00 | | 4,921.13 |
| 5/01 | DEBIT CARD PURCH Card Ending in 5514 EMBERS RESTAURANT BROOKLYN NY 07120 | 300.00 | | 4,621.13 |
| 5/01 | DEBIT CARD PURCH Card Ending in 0716 CENTURY TWENTY ONE #30 WESBURY NY 07120 | 266.57 | | 4,354.56 |
| 5/01 | OVERDRAFT CHARGE | 30.00 | | 4,324.56 |
| 5/01 | CHECK NO: 1383 | 450.00 | | 3,874.56 |
| 5/02 | DEBIT CARD CREDI Card Ending in 0716 CENTURY TWENTY ONE #20 BROOKLYN NY 07121 | | 146.38 | 4,020.94 |
| 5/02 | OVERDRAFT CHARGE | 30.00 | | 3,990.94 |
| 5/03 | DEBIT CARD PURCH Card Ending in 0716 QXT*1334597318 0428 800253-6500 MI 07122 | 691.71 | | 3,299.23 |
| 5/03 | DEBIT CARD PURCH Card Ending in 5514 LOEHMANN'S - #128 PARMUS NJ 07122 | 189.23 | | 3,110.00 |
| 5/04 | OFF-US ATM WITHDRAWAL CHASE BROOKLYN NYUS | 501.50 | | 2,608.50 |
| 5/04 | OFF-US ATM WITHDRAWAL CHASE BROOKLYN NYUS | 201.50 | | 2,407.00 |
| 5/04 | ATM WITHDRAWAL 1992 RALPH AV, BROOKLYN, NY | 200.00 | | 2,207.00 |
| 5/04 | CHECK NO: 1389 | 450.00 | | 1,757.00 |
| 5/07 | CHECK NO: 1390 | 2,000.00 | | 243.00- |
| 5/08 | OVERDRAFT CHARGE | 30.00 | | 273.00- |
| 5/08 | CHECK NO: 1264 | 185.00 | | 458.00- |
| 5/08 | SERVICE CHARGE ACCT ANALYSIS DIRECT DB | 19.00 | | 477.00- |
| 5/09 | DEPOSIT | | 5,000.00 | 4,523.00 |
| 5/09 | RETURN CHECK | | 185.00 | 4,708.00 |
| 5/09 | ATM WITHDRAWAL 1501 KINGS HWAY, BROOKLYN, NY | 600.00 | | 4,108.00 |

01477

# citibank   citibusiness

EMPIRE DEVELOPMENT GROUP FUND I, LLC   Account 9964169100   Page 5 of 5   8895/RH/03F000/0
Statement Period - Apr. 17 - May 15, 2007

## CHECKING ACTIVITY                                                                         Continued

| Date | Description | Debits | Credits | Balance |
|------|-------------|--------|---------|---------|
| 5/09 | ATM WITHDRAWAL  1501 KINGS HWAY, BROOKLYN, NY | 400.00 | | 3,708.00 |
| 5/09 | DEBIT CARD PURCH Card Ending in 0716  AMOCO OIL  03509726 BROOKLYN  NY 07128 | 41.55 | | 3,666.45 |
| 5/09 | OVERDRAFT CHARGE | 30.00 | | 3,636.45 |
| 5/10 | DEPOSIT | | 25,000.00 | 28,636.45 |
| 5/10 | OFF-US ATM WITHDRAWAL  WASHINGTON MUTUAL  BROOKLYN  NYUS | 502.00 | | 28,134.45 |
| 5/11 | OFF-US ATM WITHDRAWAL  CHASE  BROOKLYN ,NYUS | 501.50 | | 27,632.95 |
| 5/11 | DEBIT CARD PURCH Card Ending in 0716  AMOCO OIL  03671Q09 BROKLYN  NY 07130 | 163.81 | | 27,469.14 |
| 5/11 | CHECK NO:  1372 | 450.00 | | 27,019.14 |
| 5/14 | OFF-US ATM WITHDRAWAL  6201 AVENUE U  Brooklyn  NY | 202.00 | | 26,817.14 |
| 5/14 | OFF-US ATM WITHDRAWAL  6201 AVENUE U  Brooklyn  NY | 202.00 | | 26,615.14 |
| 5/14 | OFF-US ATM WITHDRAWAL  1729 EMMONS AVENUE  BROOKLYN  NY | 201.50 | | 26,413.64 |
| 5/14 | CHECK NO:  1387 | 1,800.00 | | 24,613.64 |
| 5/15 | DEBIT CARD PURCH Card Ending in 0716  RIDGE TRANSPORT SYSTEM BROOKLYN  NY 07132 | 500.00 | | 24,113.64 |
| 5/15 | DEBIT CARD PURCH Card Ending in 0716  YIASOU RESTAURANT  BROKLYN  NY 07134 | 119.00 | | 23,994.64 |
| 5/15 | DEBIT CARD PURCH Card Ending in 0716  AMOCO OIL  03509726 BROOKLYN  NY 07134 | 35.68 | | 23,958.96 |
| 5/15 | CHECK NO:  1391 | 9,900.00 | | 14,058.96 |
| | **Total Debits/Credits** | **100,606.63** | **105,097.39** | |

### Checks Paid

| Check | Date | Amount | Check | Date | Amount | Check | Date | Amount | Check | Date | Amount |
|-------|------|--------|-------|------|--------|-------|------|--------|-------|------|--------|
| 1264 | 5/08 | 185.00 | 1365 | 4/18 | 600.00 | 1374 | 4/20 | 4,000.00 | 1383* | 5/01 | 450.00 |
| 1304* | 4/20 | 3,000.00 | 1366 | 4/19 | 3,000.00 | 1375 | 4/26 | 812.00 | 1384 | 4/27 | 900.00 |
| 1305 | 4/25 | 430.00 | 1367 | 4/18 | 150.00 | 1376 | 4/25 | 1,710.00 | 1385 | 4/27 | 4,000.00 |
| 1347* | 4/24 | 326.47 | 1368 | 4/26 | 225.00 | 1377 | 4/23 | 425.00 | 1387* | 5/14 | 1,800.00 |
| 1348 | 4/26 | 2,000.00 | 1369 | 4/23 | 1,536.00 | 1378 | 4/25 | 4,100.00 | 1389* | 5/04 | 450.00 |
| 1360* | 4/23 | 500.00 | 1370 | 4/30 | 10,100.00 | 1379 | 4/27 | 900.00 | 1390 | 5/07 | 2,000.00 |
| 1363* | 4/17 | 600.00 | 1372* | 5/11 | 450.00 | 1381* | 4/25 | 1,500.00 | 1391 | 5/15 | 9,900.00 |
| 1364 | 4/20 | 4,386.00 | 1373 | 4/24 | 5,000.00 | | | | | | |

* Indicates gap in check number sequence    Number Checks Paid:   30    Totaling:   $65,435.47

## CUSTOMER SERVICE INFORMATION

IF YOU HAVE QUESTIONS ON:      YOU CAN CALL:                              YOU CAN WRITE:

Checking                                            877-528-0990                                Citibank, N.A.
                                                          (For Speech and Hearing            P.O. Box 5870, Grand Central Station
                                                          Impaired Customers Only            New York, NY 10163-5870
                                                          TDD: 800-945-0258)

For change in address, call your account officer or visit your branch

63

01478

PAGE INTENTIONALLY LEFT BLANK

01479