**United States District Court**
**Southern District of New York**
-----------------------------------------------------------------------X
                                                      :
Securities and Exchange Commission,                   :
                                                      :          **Updated Verified Written**
              Plaintiff,                              :          **Accounting**
                                                      :          **Empire Development Group Fund**
       -against-                                      :          **I, LLC**
                                                      :
**Empire Development Group LLC,**                     :          07 Civ. 3896 (PKC)
**Empire Development Group Fund I LLC,**              :
**Castle Hill Ventures, LLC, Felix Strashnov**        :
**a/k/a Felix Straton and Michael Ayngorn,**          :
                                                      :
              Defendants.                             :
-----------------------------------------------------------------------X

I, Felix Strashnov, being duly sworn, deposes and says:

1. I am a Managing Partner and a Founder of Empire Development Group, LLC, which is the Managing Member of Empire Development Group Fund I, LLC ("Empire"). As such, I am knowledgeable about Empire's assets, liabilities and general financial condition.

2. <u>Request</u>: All assets, liabilities and property currently held, directly or indirectly, by or for the benefit of such Defendant, including, without limitation, bank accounts, brokerage accounts, investments, business interests, loans, lines of credit, and real and personal property wherever situated, describing each asset and liability, its current location and amount.

<u>Response</u>:

    a. Empire owns the following two properties:

        i. 2359 Royce Street, Brooklyn, New York: approximate investment $522,000

        ii. 2 Harris Place, Fairlawn, New Jersey: approximate investment $133,000

    b. Empire had a checking account with JP Morgan Chase Bank, account no. 051-0740324-65, until August of 2006. This account was closed.

c.  Empire has a checking account with Citibank, account no. 9964169100, which has an approximate current balance of $49.

d.  Empire and Defendant Empire Development Group, LLC have a 1976 Corvette, the value of which is unknown. The Corvette is located in Brooklyn.

e.  Empire's liabilities are as follows**:

i.  Rent for Office 1795 Coney Island Avenue, Brooklyn, New York 11230: Our rent was approximately $4386 per month. The landlord has agreed to let Empire break the lease as of June 27, 2007, on which date we will return the keys to the office to him. He will retain our security deposit, which is approximately $8,600. Empire will owe no further monies under its lease. Empire will need to look into storage facilities to store its computers and other office items.

ii.  Garage: This was a month to month lease for approximately $450 per month. No payments have been made since May 18, 2007. Empire did not make its June 2007 payment and the lease has been terminated. No payments are due and owing.

iii.  Health Insurance: Empire was paying approximately $2300 per month. No payments have been made since May 18, 2007. The insurance coverage lapsed as of June 1, 2007. No payments are due and owing.

iv.  Office Equipment and Supplies: Empire was paying approximately $300 per month. No payments have been made as of May 18, 2007 and no payments are due and owing.

v.  Salaries: Empire was paying approximately $15,000 - $20,000 per month for each of Felix Strashnov and Michael Ayngorn. No payments have been made since May 18, 2007 and no amounts are due and owing.

vi. Office Cleaning Service: Empire was paying approximately $400 per month. This was a week to week service, no payments have been made since May 18, 2007 and no payments are due and owing.

vii. Automobile Expenses: Empire was paying approximately $3100 per month. No payments have been made since May 18, 2007 as Defendants Felix Strashnov and Michael Ayngorn have been making such payments. No payments are due and owing.

viii. Secretary Compensation: Empire was paying approximately $2000 per month. No payments have been made since May 18, 2007, and no payments are due and owing.

**These monthly expenses were shared with Defendant Empire Development Group, LLC.

3. **Request**: All money, property, assets and income received by such Defendant for his direct or indirect benefit from any other Defendant, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

**Response**:     Empire did not receive any money, property, assets or income from any of the other Defendants.

4. **Request**: All money, property, assets and income received by such Defendant for the Defendant's direct or indirect benefit from any investor in, or shareholder of, Castle Hill, EDG, and/or EDGFI, at any time from October 1, 2004 through the date of such accounting, describing the amount, disposition and current location of each of the items listed.

**Response**:     Since 2004, Empire and Defendant Empire Development Group, LLC have received approximately $2,900,000 in total from investors. This has all been spent on the Fairlawn, New Jersey and Brooklyn, New York properties as well as salaries, expenses and working capital.

5. **Request**: The names, addresses and amount invested by each investor in EDG, EDGFI and Castle Hill from their inception.

**Response**:     To the best of my knowledge, the names, addresses and amounts invested by Empire's and Defendant Empire Development Group, LLC's investors are attached hereto as Exhibit A.

6. **Request**: The names and last known addresses of all bailees, debtors and other persons and entities that currently are holding the assets, funds or property of such Defendant.

**Response**:     There are no persons or entities holding any assets, funds or property on Empire's behalf other than: (1) the Corvette, which is with Defendant Michael Ayngorn at 2359 Royce Street, Brooklyn, New York; (2) the Brooklyn and Fairlawn properties, which are being nominally held for Empire by Defendants Michael Ayngorn and Felix Strashnov, respectively and (3) the security deposit held by the landlord of our office located at 1795 Coney Island Avenue, Brooklyn, New York 11230.

7. **Request**: All assets, funds, securities, investments and real or personal property purchased or otherwise obtained by such Defendant, or any other person controlled by them, at any time from October 1, 2004 through the date of such accounting, and the amount, disposition and current location of each of the items listed.

**Response**:     Empire has obtained the assets set forth in this accounting during the time period from October 1, 2004 until the present.

8. **Request**: All assets, funds, securities, investments and real or personal property held by such Defendant, or any other person controlled by them, on behalf of: (i) Castle Hill, EDG and/or EDGFI and/or (ii) investors in, or shareholders of, Castle Hill, EDG and/or EDGFI from October 1, 2004 to the date of the accounting and the disposition of each of the items listed.

**Response:**    Empire is not holding any other assets, funds, securities, investments or property on behalf of the other Defendants. The assets set forth in this accounting are being held on the behalf of Empire's investors.

9.  **Request:** An accounting of all funds transferred to Mayer Ayngorn or companies partly or wholly owned or controlled by Mayer Ayngorn, including, but not limited to, Exclusive Homes and MZR Homes and Real Estate Development from October 1, 2004 to the present.

**Response:**    The following is an accounting of the payments made by Empire and Defendant Empire Development Group, LLC to Mayer Ayngorn or companies partly or wholly owned or controlled by Mayer Ayngorn from October 1, 2004 to the present:

To Exclusive Homes:    12/26//05:     $75,000 (Fairlawn Project)
                       1/7/06:        $25,000 (Fairlawn Project)
                       12/23/06:      $10,000 (Bergen Beach Project)
                       4/19/07:       $10,100 (Bergen Beach Project)

To MZR Homes: (all in connection with the Bergen Beach Project)

                       2/17/06:       $10,000
                       5/22/06:       $2,000
                       5/23/06:       $3,500
                       6/9/06:        $2,500
                       6/11/06:       $3,000
                       6/23/06:       $2,000
                       6/30/06:       $5,000
                       7/31/06:       $10,000
                       8/3/06:        $10,000
                       8/4/06:        $5,000
                       8/22/06:       $190
                       8/22/06:       $1,050
                       10/3/06:       $1,600
                       11/15/06:      $10,000
                       11/15/06:      $485
                       11/30/06:      $10,000
                       3/14/07:       $10,000

10. **Request:** List of all accounts at all banks, brokerage firms or financial institutions (including the name of the financial institution and the name and number on the account),

telephone or facsimile transmission numbers (including numbers of pagers and mobile telephones), electronic mail addresses, World Wide Web sites or Universal Records Locators, Internet bulletin board sites, online interactive conversational spaces or chat rooms, Internet or electronic mail service providers, street addresses, postal box numbers, safety deposit boxes, and storage facilities used or maintained by them or under their direct or indirect control, at any time from October 1, 2004 to the present.

**Response**:

a. Empire had a checking account with JP Morgan Chase Bank, account no. 051-0740324-65, as set forth elsewhere in this accounting.

b. Empire has a checking account with Citibank, account no. 9964169100, as set forth elsewhere in this accounting.

c. To the best of my knowledge, Empire's telephone numbers are 800-918-8711 and 718-252-3220. Empire's facsimile number is 718-252-3211. I believe Empire had some subnumbers, but I do not recall these numbers.

d. Empire's general email address is Admin@empirefund.com. Empire does not have a pager number.

e. Empire's World Wide Web address is empirefund.com. To the best of my knowledge, Empire does not have any other Internet sites, online interactive conversational spaces or chat rooms.

f. Empire's Internet service provider is One Communications. Empire's electronic mail service provider is Yahoo.

g. Empire has not and does not directly or indirectly use or maintain any storage facilities, postal box numbers or safety deposit boxes

FELIX STRASHNOV
Managing Partner

Sworn to before me this
25 day of June 2007

NOTARY PUBLIC

SHEILA ALEMAO
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01AL6129538
Qualified in King County
My Commission Expires 6/27/2009

**EXHIBIT A**

EDG table                                                                    5/16/2007

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Jaret | Alec | Brookline | MA | 02445 |
| Yovicsin | Thomas J. | 83 Arrowhead Circle | Ashland | MA |
| Fitzgibbon | Robert T. | C/O Proven Data Solutio | Walpole | MA |
| Carter | George | 509 Winterberry Lane | Dubury | MA |
| Briggs | James R. | 94 Carver Lane | Narragansett | RI |
| Bedford Jr. | Clay P. | 557 Route 202 Ayers La | Barrington | NH |
| Salomon | Dr. Jeffrey | 10 Carriage Hill Road | Woodbridge | CT |
| Imperiale | Peter F. | 406 Hillside Avenue | Nutley | NJ |
| LUTJEN | THEODORE | 29 EVANS PLACE / 733 | POMPTON PLAINS / B | NJ / FL |
| Dardaris | Michael P. | 1933 Teaberry Avenue | Williamstown | NJ |
| Kolb | William A. | 49 Patrician Drive | Toms River | NJ |
| Ronde | Richard R. | 7 Madsen Lane | East Northport | NY |
| Hubbard | George W. | 55 B. NORTH FERRY R | Shelter Island | NY |
| Banks | William C. | Longwood at Oakmont, 2 | Verona | PA |
| Walent | William G. | 18 Gephart Avenue | Bedford | PA |
| Howell | James C. | 608 Sherwood Drive | Carlisle | PA |
| PAULES | ROY E. | 753 COUNTRY CLUB R | YORK | PA |
| Dunkelberg | William C. | 515 Sabine Circle | Wynnewood | PA |
| Freedman/Trust | Philip | Plaza Towers 2350 Trem | Philadelphia | PA |
| Ditoro Jr. | James V. | 2845 S. Sydenham Stree | Philadelphia | PA |
| BIELICKI JR. | JAMES A. | 202 HAYSTACK LANE | WILMINGTON | DE |
| Moore | William H. | 436 Russell Avenue | Gaithersburg | MD |
| Berig | Harvey G. | 6921 Scarlet Oak Drive | Elkridge | MD |
| Ervin | Wilbur S. | 1009 Leslie Road | Harve De Grace | MD |
| Little | Jerry A. | 1989 Northmont Drive | Asheboro | NC |
| Jones | Edward L. | 116 Maplewood Avenue | Thomasville | NC |
| Raynor Jr. | Bruce B. | 3916 Watauga Drive | Greensboro | NC |
| Isenrich | Dr. Markus | 201 Veranda Court | Raleigh | NC |
| HELMS | THOMAS C. | 610 WINGRAVE DRIVE | CHARLOTTTE | NC |
| Haney | James A. | 308 East K Street | Erwin | NC |
| Evans | Harry | 621 Laurel Lake Drive B- | Columbus | North Carolina |
| Wager | Rupert | B: 4555 Mansell Road S | Alpharetta | GA |
| Stone | Michael T. | 3568 Cloudland Dr. N.W. | Atlanta | GA |

Page 1

EDG table                                                    5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
|  | C:617.233.6767 |  |
| 01721 | H:508.881.0632 | B:617.727.0057 |
| 02081 | H: 508-668-9916 | B: 508-668-9180 |
| 02332 | 781-585-2605 |  |
| 02882 | 401-782-4422 |  |
| 03825 | H:603.332.2931 | 603-332-5940 |
| 06525 | H:203-393-3924 | B:203-624-4346 |
| 07110 | H:973.667.5545 |  |
| 07444 / 33487 | 973.839.0202 | 973.809.9120 |
| 08094 | H: 856-863-0461 |  |
| 08753-4235 | 732-341-1722 |  |
| 11731 | H:631-261-4179 | B:631-262-8044 |
| 11964 | B: 631-749-2020 |  |
| 15147-3883 | 412-826-4166 |  |
| 15522 | 814-623-7636 |  |
| 17013-3532 | H:717.249.5369 |  |
| 17403 | 717-854-8288 |  |
| 19096 | 610-642-6473 | B:215-204-6686 |
| 19115 | 215-677-2566 |  |
| 19146 | 215-686-6834 |  |
| 19807 | H:302-571-0687 | B:302-234-8100 |
| 20877 | 301-216-5668 |  |
| 21075 | 410-540-9503 | B:202-283-4560 |
| 21078 | 410.939.1765 |  |
| 27205 | H: 336-629-4940 | B: 336-626-8300 |
| 27360 | 336-472-7138 |  |
| 27410 | 336-854-1656 |  |
| 27615 | H:919.976.2537 | B:919.676.2533 |
| 28270 | 704-366-3992 |  |
| 28339 | 910-897-6722 | W:910-897-7132 |
| 28722 | 828-894-5793 |  |
| 30022 | B:770.393.8800 |  |
| 30327 | H:404-355-4225 | B:404-237-3401 |

EDG table                                                                        5/16/2007

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Smith | Harlan B. | 660 Bittersweet Trail | Atlanta | GA |
| Szemborski Jr. | Chester C. | 3616 Lex Court | Port Orange | FL |
| Duhon Jr. | Claiborne J. | 1759 Marseille Drive | Gulf Breeze | FL |
| Golden | John Richard | 2816 Abingdon Parkway | Vetavia Hills | AL |
| Thompson | Leon P. | 14879 Clovercrest Drive | Huntsville | AL |
| Haltiner | John C. | 320 Willow Bend Drive | Wetumpka | AL |
| Ward | Larry Eugene | 730 Cherokee Court | Murfreesboro | TN |
| Lake/Trustee | Larry N. | 3056 Richmond Hill Driv | Nashville | TN |
| Alford Jr. | Mack | 548 Old Huntsville Road | Fayetteville | TN |
| Simmons | Dr. James | 190 South Grove Park | Memphis | TN |
| Walker | James A. | 505 Highway 322 West ( | Clarksdale | MS |
| Kreitzman | John B. | 3692 Park Point Drive | Lexington | KY |
| Nuzum | Gerald A. | 6088 Ledgeview Drive | Peninsula | OH |
| Burke | James E. | 402 S. Schricker Avenue | North Judson | IN |
| Milligan | James L. | 204 North Main Street S | Monticello | IN |
| Otto | Lynn D. | 5306 Whitneyville Road | Middleville | MI |
| Jarvis Jr. | James E. | 23092 580th Avenue | Ames | IA |
| Bergstrom | Carl | 936 I Avenue | Ogden | IA |
| Cross | Michael J. | 117 1st Avenue N.W. P. | Hampton | IA |
| Schwendemann | Leroy F. | 3176 Oak Avenue | Lehigh | IA |
| Novak | Richard J. | 2144 Mehaffey Bridge R | Solon | IA |
| Neumann | Roy C. | 312 Locust Street | Muscatine | IA |
| Harpster | Richard G. | W. 399 South 5572 High | Dousman | WI |
| Koch | Leon W. | 2000 Westwood Drive | Wausau | WI |
| Robinson | Paul H. | 123 N. 4th Street Suite 3 | La Crosse | WI |
| Lindholm | Randy S. | 4660 Echo Court | Stacy | MN |
| Oberg | Rodney | 183 Little Canada Road | Little Canada | MN |
| Mellang | Gregg C. | 8412 Virginia Circle | Bloomington | MN |
| Weber | Theodore | 801 West State Street | Belleplaine | MN |
| Baxter | Leroy W. | 70797 State Highway 28 | Graceville | MN |
| Baxter | Joan M. | 70797 State Highway 28 | Graceville | MN |
| Essler | David A. | 1221 Terrace Court | Alexandria | MN |
| McQuoid | Terry Patrick | 18861 329th Avenue | Isle | MN |

EDG table                                                                5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 30350 | H:770-395-1186 | |
| 32129 | H:386-756-2309 | |
| 32563 | 850-916-7677 | |
| 35243 | H: 205-987-4672 | B: 205-542-7702 |
| 35803-2379 | H:256-882-1720 | |
| 36093 | H:334.567.5236 | B:334.260.1449 |
| 37130 | H:901.570.0681 | B:901.685.2212 |
| 37207 | H: 615-227-8627 | 615-837-5131 |
| 37334 | 931-433-7674 | |
| 38117 | 901-767-9060 | |
| 38614 | 662-624-6492 | |
| 40509 | H:859.221.0327 | B:859.255.9846 |
| 44264 | H:330.328.6428 | 330.650.9308 |
| 46366 | H:574.896.5842 | |
| 47960 | H:574.583.7201 | B:574-583-3087 |
| 49333 | H:269-795-3634 | |
| 50010 | 515.232.1156 | |
| 50212 | H:515.275.4084 | B:515.846.6201 |
| 50441 | H:641-456-4255 | B:641-456-4192 |
| 50557 | H:515.547.2889 | |
| 52333 | H:319.624.2816 | |
| 52761 | H: 563-263-7813 | B: 319-338-7878 |
| 53118 | 262-495-8121 | |
| 54401 | B:715-842-6172 | H:715-803-4146 |
| 54601 | H: 608-784-5151 | B: 608-782-8282 |
| 55079 | 651-462-6022 | |
| 55117-1338 | 651-766-9072 | 480-654-8159 AZ # TILL |
| 55438 | 952-941-1030 | |
| 56011-1213 | 952-873-6752 | |
| 56240 | 320-748-7181 | |
| 56240 | 320-748-7181 | |
| 56308 | H:320-762-2743 | Same |
| 56342 | 320-630-3435 | |

Page 4

EDG table                                                                            5/15/2007

| Last Name | First Name | Street Address | City | State |
|---|---|---|---|---|
| Landrus | Robert G. | 48007 382nd Place | Palisade | MN |
| Zubke | Jerald A. | 14574 S.D. Highway 15 | Milbank | SD |
| Holden | John G. | 2539 Mountain Lane | Freeport | IL |
| Phillips | Valerie Corrine | 2119 Gentry Street | North Kansas City | MO |
| Cooprider | Leon | 109 S. 6th Street (RR 2 | Sayre | OK |
| OSGOOD | JEFFREY S. | 901 MAIN STREET SUIT | DALLAS | TX |
| GREGORY | JAMES F. | 15 NONESUCH ROAD | DALLAS | TX |
| Adamitis | Kenneth G. | 13407 Shady Bay Courts | Sugar Land | TX |
| Jordan | Clay A. | 1616 Rosewood Street | Seguin | TX |
| Moddrell | Chester L | 1308 Stacy Street | San Marcos | TEXAS |
| Tidwell | Donald R. | 1030 Kay Street | Longmont | CO |
| Rosenthal | Michael Edward | 164 Grand View Drive | Warwick | RI |
| VanDerHeldew | Hubert | 2662 Squaw Valley Road | Preist Lake | ID |
| Roberts | James A. | 3292 East Bengal Blvd. | Salt Lake City | UT |
| Bracanovich | Andrew G. | 3606 N. Kachina Lane | Scottsdale | AZ |
| Slocum | Stanley B. | 14317 N. Sky Trail Drive | Tucson | AZ |
| Banks | Dr. Leon O. | 3655 Homeway Drive | Los Angeles | CA |
| Yamada | Henry T. | 5995 S. Sepulveda Blvd. | Culver City | CA |
| Jablonski | Richard J. | 26722 Hyte Road | Ranchos Palos Verdes | CA |
| SAAVEDRA | ALFONSO SEAN | P.O. Box 921147 | Sylmar | CA |
| Jenkins | Chris Alan | 703 Rancho Los Nogale | Covina | CA |
| Kolanowski | Bernard F. | 7221 Linden Terrace | Carlsbad | CA |
| ALVARADO | JONATHAN D. | 299 EAST LANE | EL CAJON | CA |
| Mayorga | William H. | 8412 Boulder Place | San Diego | CA |
| Dominguez | David C. | 8650 Miramar Road Suit | San Diego | CA |
| Huang | Scott L. | 11 Las Cruces | Irvine | CA |
| BELCHER | KERRY K. | 36 le-mans | Newport Coast | CA |
| Waymire | Laurence Turner | 7 Orlando Court | Laguna Higuel | CA |
| Wallace Jr. | John R. | 787 Tierra Rd. | Nipomo | CA |
| Leslie | Douglas C. | 498 Eureka Street | San Francisco | CA |
| Lee | Gerald Alan | B:800 Metro Center Blvd. | Foster City | CA |
| Gioseffi | Tom | 38 Twin Oaks | San Rafael | CA |

Page 5

EDG table                                              5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 56469 | 218-845-2667 | |
| 57252 | H:605.432.6658 | |
| 61032 | H:815-235-7295 | B:312-621-5159 |
| 64116 | H:816.842.8100 | B:816.283.3900 |
| 73662 | 580-928-2664 | |
| 75202 | B: SAME | H:214-651-4582 |
| 75214 | 214-824-2443 | |
| 77478 | H:281-565-4699 | B:713-669-2827 |
| 78155-6246 | 830-379-5935 | |
| 78666 | 512-304-5630 | |
| 80501 | 303-678-1117 | |
| 82886 | H:401-737-7044 | B:401-275-3000 |
| 83856 | 208 443-2333 | |
| 84121 | 801-944-3773 | |
| 85251 | H:480.970.3966 | |
| 85737 | | 952-927-4935 |
| 90008 | 323-293-7481 | |
| 90230 | H:310-398-2788 | B: Same |
| 90275 | H:310.375.2959 | B:310.669.6330 |
| 91392 | H:818-822-3462 | B: Same |
| 91724 | 714-523-2280 | |
| 92011 | 760-431-0930 | |
| 92021 | 619-440-0791 | |
| 92119 | 619-713-0807 | CELL: 619-204-2249 |
| 92126 | H:858.695.6571 | |
| 92614 | H:949-955-3802 | |
| 92657 | 949 219 9948 | |
| 92677 | H:949-481-2545 | C:714-815-8449 |
| 93444 | 805.929.6084 | |
| 94114 | 415-550-0201 | |
| 94404 | B:650-432-4803 | H:650-377-0449 |
| 94901 | 415-457-3450 | |

Page 6

EDG table                                                                      5/16/2007

| Last Name | First Name | Street Address | City | State |
|-----------|-----------|----------------|------|-------|
| Bramlette | Darryl | 7700 Ruth Ridge Road | Jamestown | CA |
| Speck | Robert E. | 2127 Old Lake Rd. ( P.O. | Merced | CA |
| Burnash | George O. | 10541 Malaga Way | Rancho Cordova | CA |
| HARRIS | KEITH D. | 4437 S.W. Melville Aven | Portland | OR |
| Oster | Randy | 48912 284 th Ave SE | Enumclaw | WA |
| Campbell | Martin J. | 1070 24th Avenue East | Seattle | WA |
| Sherer | Michael J. | 2603 N.E. 87th Street | Seattle | WA |
| Wasem | Clifford W. | 655 Riverview Blvd. | Clarkston | WA |
| Colonell | Joseph M. | B: (Emtrix) 1600 A Street | Anchorage | AK |

Page 7

EDG table　　　　　　　　　　　　　　　　　　　　5/16/2007

| Zip Code | Phone Number(1) | Phone Number(2) |
|---|---|---|
| 95327 | H:209.984.1251 | B:209-352-2274 |
| 95340 | C:209.765.2761 | |
| 95670 | H: 916-362-5003 | B: 916-686-9141 |
| 97239 | 503-245-4017 | 503-252-4561 |
| 98022 | 360-825-1851 | |
| 98112 | 206-324-3210 | |
| 98115 | H:206-715-0812 | |
| 99403 | H:509-758-2565 | B:Same |
| 99501 | B:907-261-9731 | H:907-360-8291 |

Page 8