# MEMO ENDORSED

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/08
```

Felix Strashnov
2769 East 63rd Street
Brooklyn, NY 11234

July 24, 2008

Re: **Motion for opposition / 07 CIV. 3896**

Greetings Judge Castell,

After receiving last weeks extension, I contacted the Pro Se office, which could not e-mail the needed documents but could send them regular mail, I received the paper work during the weekend. I read through the materials and feel I would need additional assistance from a qualified legal professional, I have an associate who is an attorney working for the Law Journal, who has expressed to me that they would be willing to assist me in formulating a motion for opposition. I have contacted the SEC and they have no objection to a two week postponement. I respectfully ask your permission for this additional extension.

Thank you,


Felix Strashnov

p.s. I may be contacted by e-mail (Fstraton1@yahoo.com) or cell phone at 917-593-4108, thank you again. I have also sent a copy of this letter to the SEC.

*[Handwritten endorsement:] Response will be considered. I find my August 8. SEC response due September 3. SO ORDERED. USDJ 7-24-08*

*[Handwritten:] Mailed + Faxed 7/24/08*