# MEMO ENDORSED

August 8, 2008

To: Honorable P. Kevin Castel

District Judge
United States District Court
Southern District of New York

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/08
```

RE: 07 Civ. 3896 (PKC)

Judge Castel:

I am asking for an extension of time from August 8, 2008, until August 29, 2008, this extension will allow me time to make and file the reply to plaintiff's proposed final judgment. This is a complex reply, as a pro se defendant, and wish to have this extension to attempt to consult with a pro bono attorney for advice and/or assistance in drafting same. Further, The SEC is not opposing this extension and has full knowledge of it. Absent any emergency situations, this would be the last extension the SEC will agree to.

_____
Felix Strashnov, defendant

_8/8/08_____
Date

*All defendants may have until August 25, 2008 to respond. No further extension.*

SO ORDERED
[signature]
USDJ
8-8-08